IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ernesto Santiago            )
      vs.                      )   Civil Action: 04-0335 Erie
United States Attorney      )

## NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 04/25/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                    Thomas M. Fitzgerald
                    United States Marshal
                    Western District of Pennsylvania

By: *Sheila Blessing*
     Sheila Blessing
     Administrative Clerk
     United States Marshals Service
     Western District of Pennsylvania
     June 29, 2005

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

_____