# United States District Court

## For the Western District of Pennsylvania

ERNESTO SANTIAGO

_____
*Plaintiff*

vs.

UNITED STATES OF AMERICA

_____
*Defendant*

*No.* 04-335 Erie

HEARING ON September 1, 2005

Before ~~Judge~~ Magistrate Judge Baxter

Ernesto Santiago, pro se
_____
*Appear for Plaintiff*

Paul Skirtich, AUSA
Diana Leefy BOP
_____
*Appear for Defendant*

Hearing begun 9:05

Hearing concluded C. A. V.

Hearing adjourned to 9:35

Stenographer Ron Bench

## WITNESSES:

| For Plaintiff | For Defendant |
|---|---|

Hearing held on Document #10 and #13. Motions taken under advisement.

*law clerk*