**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ERNESTO SANTIAGO,                    )
                                     )
            Plaintiff.               )    Civil Action No. 04-335E
                                     )
        v.                           )    JUDGE McLAUGHLIN
                                     )    MAGISTRATE JUDGE BAXTER
UNITED STATES OF AMERICA,            )
                                     )    ELECTRONICALLY FILED
            Defendant.               )
                                     )

NOTICE TO COURT OF PLAINTIFF'S FAILURE
TO PROPERLY SERVE DEFENDANT

AND NOW, comes the Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District, and files the following Notice of Court:

1.  *Pro se* Plaintiff has failed to serve Defendant with two pleadings, namely, Document No. 10 (Motion for Appointment of Counsel, filed on April 15, 2005) and Document No. 13 (Motion for Direction From the Court, filed on June 30, 2005).  Plaintiff need not serve copies of these two (2) pleadings because the undersigned counsel has retrieved same.

2.  Pursuant to Rule 5(a) of the Federal Rules of Civil Procedure, Plaintiff is required to serve Defendant with every pleading subsequent to the original Complaint, every paper relating to discovery, every written Motion, and every written notice.  See Rule 5(a).

3.     On September 2, 2005, the undersigned counsel sent a

       letter to Plaintiff advising him (1) of his failure to

       serve Motions at #10 and #13; (2) that the undersigned

       has retrieved copies of same; and, (3) to send copies

       of all other documents to be filed in the future to the

       undersigned counsel.

WHEREFORE, Defendant, United States of America, respectfully

requests that this Notice of Plaintiff's Failure to Properly

Serve Defendant be docketed at the above civil action number.

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY


s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219
412-894-7418
PA ID No. 30440

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to Court of Plaintiff's Failure to Properly Serve Defendant was electronically filed and/or served by first-class mail on this 2nd day of September, 2005, to the following:

Ernesto Santiago
Plaintiff *Pro Se*
Reg. No. 90304-038
FCI McKean
Post Office Box 8000
Bradford, PA 16701


s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney