Ernie Santiago
     v.
U.S.A.

CA No: 04-335

(Letter Motion as to 9/1/05 hearing)

On September 1, 2005 @ 9:00AM I had a formal hearing Via-Conference call with your honor CUSMJ Susan Paradise Baxter. I Would like your honor to know That I am Not a Lawyer and am Not familiar with the procedures of hearings, via phone, etc. I at no time meant to disrespect your honor for Speaking out of turn or Seeming Rude, That was Never my intention. If I offended you or your clerk I apologize. I am Very upset at F.C.I McKean Staff and There act of Not Letting me know That you had scheduled this mornings hearing. My Unit Manager Ms. Tronetti came By Wednesday August 31, 2005 and Said "you have a Lawyer call Tomorrow Morning." I was Never informed of a scheduled hearing via a Conference Call as occurred and was Both unprepared and Very Nervous. I Thank your honor for having patience with me as I am a Pro-Se litigant. I Will Be Waiting for your Order and for Mr. Skirtich (AUSA) to come see me to Copy The Discovery. I ask your honor if I can receive a Copy of Todays Transcripts.

Respectfully Submitted
Pro-Se, Ernesto Santiago

Certificate of Service

I certify That on 9/1/05 I Sent The Original of a letter Motion Via first Class Mail to The Clerk of Court in Erie PA. P.O.Box 1820  16507

Re: 04-335

Dear Clerk,                                        9/1/05

Can you please file the Original and stamp-file a copy labeled (Santiago's Copy) of <u>Letter Motion</u> and return in the enclosed S.A.S.E.

Thank you.

Sincerely,
Ernie