IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNESTO SANTIAGO,                )
         Plaintiff,              )
                                 )
v.                               )    C.A. No. 04-335Erie
                                 )
UNITED STATES OF AMERICA,        )
         Defendant.             )

**O R D E R**

AND NOW, this 6th day of September, 2005:

IT IS HEREBY ORDERED that Plaintiff's motion for transcripts [Document # 26] is DENIED. Plaintiff may order transcripts through Ron Bench at 17 South Park Row, Erie, Pennsylvania 16501. Plaintiff must pay for the transcription.

IT IS FURTHER ORDERED that the parties are allowed ten days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3B. Failure to appeal within ten days may constitute waiver of the right to appeal.

                                                  S/ Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  Chief United States Magistrate Judge