Dear Clerk, 9/6/05

Can you please file the enclosed <u>Notice To Court of Santiagos Understanding to properly Serve Defendant</u> with one attachment. Can you please stampfile for my Record. an enclosed copy of Notice labeled (for clerk to Stampfile) and return in self addressed Stamped envelope.

Thank you and have a Nice Day.

Sincerly,

Ernie Santiago

Paul E. Skutich
U.S. Post Office and Courthouse
700 Grant Street
Suite 400
Pittsburgh, PA 15219

Ernesto Santiago
#90304-038
P.O. Box 8000
Bradford, PA 16701

9/6/05

Dear Mr. Skutich,

I am in receipt of both your letter and notice to court of my failure to properly serve defendant. I apologize for the misunderstanding in regards to these Documents #10 and #13. I assure you any further filings I submit a copy will be forwarded to you. As to the Via-Conference call of September 1, 2005 it is my understanding that you will be coming to see me in order to copy discovery and do a deposition. Can you let me know in advance so I can be ready. Enclosed is a copy of a letter motion I sent Judge Baxter. I trust I hear from you soon in regards to your visit.

Sincerly,
Pro-Se Ernesto Santiago

Dear Clerk,                                          9/6/05

Can you please file the enclosed <u>Notice To Court of Santiago's Understanding to properly Serve Defendant</u> with one attachment. Can you please stampfile for my record an enclosed copy of Notice labeled (For Clerk to Stampfile) and return in self addressed Stamped envelope.

Thank you and have a Nice Day.

Sincerely,
Ernie Santiago