REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 2, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO   : ERNIE SANTIAGO, 90304-038
       MCKEAN FCI      UNT: D      QTR: Z05-103LAD
       P.O. BOX 5000
       BRADFORD, PA 16701


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 384261-R1        REGIONAL APPEAL
DATE RECEIVED   : AUGUST 31, 2005
SUBJECT 1       : LAW LIBRARY - ACCESS, REFERENCE MATERIALS
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 2: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY. YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REMARKS         : FOLLOW INSTRUCTIONS ON INSTITUTION REJECTION AND
                  REFILE TO INSTITUTION WITHIN 10 DAYS OF THIS NOTICE


Exibit A