# COVINGTON & BURLING

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

JOHN E. BIES
TEL 202.662.5207
JBIES@COV.COM

April 21, 2005

**Via Overnight U.S. Mail**

Mr. Ernie Santiago
#90304-038
FCI McKean Unit D-A
P.O. Box 8000
Bradford, PA  16701

Re:   Santiago v. LaManna, C.A. No. 02-4056
      Third Circuit Appeal

Dear ~~Mr. Santiago~~ Ernie:

Enclosed please find a copy of the recent Supreme Court decision in *Johnson*. I have sent a letter to Ms. Whitmore to set up a time next week to discuss.

I hope all is well with you.

Best Regards,

John E. Bies

Enclosures.

Exibit D