# COVINGTON & BURLING

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | WASHINGTON<br>NEW YORK<br>SAN FRANCISCO<br>LONDON<br>BRUSSELS | JOHN E. BIES<br>TEL 202.662.5207<br>JBIES@COV.COM |

April 21, 2005

**By Overnight U.S. Mail**

Elise Whitmore
Secretary, Unit D-A
FCI McKean
P.O. Box 5000
Bradford, PA  16701
Fax Number: (814) 363-6828

Re:   Ernie Santiago, Inmate No. 90304-038

Dear Ms. Whitmore:

By this letter, I hope to confirm an appointment for a telephone conference with my client Ernie Santiago next Wednesday, April 27 between 10:30 am and 11:30 am.

Please let me know if there are any problems with our having our telephone conversations at that time, and we can reschedule.

You can call me on my direct line at 202.662.5207. I do not know the name of Ernie's case manager — if I should have sent this letter to him or her, I would appreciate it if you would please forward it to them for me. Please let me know if you have any questions. Thanks.

Sincerely,

John Bies

cc:
Mr. Ernie Santiago
#90304-038
FCI McKean Unit D-A
P.O. Box 8000
Bradford, PA  16701

Exibit E