

UNITED STATES GOVERNMENT
**memorandum**
FEDERAL BUREAU OF PRISONS
Federal Correctional Institution, McKean
Bradford, Pennsylvania

April 26, 2005

MEMORANDUM FOR    ERNIE SANTIAGO
                          REG. NO.: 90304-039

FROM:                  James F. Sherman, Warden

SUBJECT:            Inmate Request to Staff

This is in response to your Inmate Request to Staff dated April 25, 2005, in which you allege you have been assigned to the Special Housing Unit for no reason.

You were placed into the Special Housing Unit on March 10, 2005, for behavior that was perceived as being disruptive. On March 14, 2005 you were interviewed by S.I.S. in connection with the Food Boycott investigation.

I trust this information addresses your concerns.

Exibit F