

# FEDERAL BUREAU OF PRISONS
# memorandum
FCI McKean, Pennsylvania

| | |
|---|---|
| DATE: | May 17, 2005 |
| REPLY TO ATTN OF: | *Deanna M Tronetti* <br> Deanna M. Tronetti, Unit Manager |
| SUBJECT: | Civil Docket |
| TO: | Santiago, Ernie <br> Reg. No. 90304-038 |

This memorandum is to verify that the regional counsel in the Northeast Regional Office has verified that you may keep a copy of your civil docket in your possession. This approval memo should be attached to the civil docket for verification.

Exibit G

```
                                                            MAG
                    U.S. District Court
           Western District of Pennsylvania (Erie)

           CIVIL DOCKET FOR CASE #: 04-CV-335

SANTIAGO v. UNITED STATES OF                        Filed: 11/19/04
Assigned to: Judge Sean J. McLaughlin
           Referred to: Magistrate Judge Susan Paradise Baxter
Demand: $0,000                              Nature of Suit:  550
Lead Docket: None                           Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 28:2674 Federal Tort Claims Act


ERNESTO SANTIAGO                 ERNESTO SANTIAGO
     plaintiff                   90304-038
                                 [COR LD NTC] [PRO SE]
                                 FCI McKean
                                 P.O. Box 8000
                                 Bradford, PA 16701


     v.


UNITED STATES OF AMERICA
     defendant
```

Exibit G

Proceedings include all events.                                         MAG
1:04cv335 SANTIAGO v. UNITED STATES OF

| | | |
|---|---|---|
| 11/19/04 -- | | CASE REFERRED to Magistrate Judge Susan P. Baxter (nk) |
| 11/19/04 -- | | Complaint received on 11/19/04 (nk) |
| 11/19/04 | 1 | MOTION by ERNESTO SANTIAGO to Proceed in Forma Pauperis with Proposed Order. (nk) |
| 12/10/04 | 2 | ORDER, Referring Case to Magistrate Judge Susan P. Baxter as more fully stated in Order ( signed by Judge Sean J. McLaughlin on 12/10/04 ) CM all parties of record. (nk) |
| 12/13/04 | 3 | ORDER granting [1-1] motion to Proceed in Forma Pauperis, pltf shall authorize payment of init. filing fee of $27.54 plus subse quent monthly payments by returning to Court 1 of 2 attached copies of Notice with the Auth. Section signed, or shall in dicate intent to withdraw action by returning Notice with Intent to withdraw action section signed, Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 12/10/04 ) CM all parties of record. (nk) |
| 12/13/04 | 4 | COMPLAINT (nk) |
| 12/16/04 | 5 | AUTHORIZATION by ERNESTO SANTIAGO permitting withdraw of prison account funds to pay filing fee. (nk) |
| 3/15/05 | 6 | ORDER, directing service by U.S. Marshal as stated; , FURTHER ORDERED That plaintiff provide the U.S. Marshal a separate "Process Receipt and Return" form as more fully stated in Order, FURTHER ORDERED that plaintiff shall serve on defendant or counsel for defendant a copy of every pleading submitted to the Court for consideration as more fully stated in this Order, FURTHER ORDERED that plaintiff shall immediately advise the court of any change in address as more fully stated in Order, Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 3/15/05 ) CM all parties of record. (nk) [Entry date 03/16/05] |
| 3/17/05 -- | | Mailed Service Copies to U.S. Marshal Service in Pittsburgh (nk) |
| 3/21/05 | 7 | MOTION by ERNESTO SANTIAGO to Extend Time to respond to the order of 3-15-05 by Mag. Judge Baxter (sdp) |
| 3/30/05 -- | | ORDER upon motion granting [7-1] motion to Extend Time to respond to the order of 3-15-05 by Mag. Judge Baxter ( signed by Magistrate Judge Susan P. Baxter on 3/30/05 ) CM all parties of record. (nk) [Entry date 03/31/05] |
| 4/7/05 | 8 | NOTICE to inform Court of Progession as to CA No. 04-335 Erie by ERNESTO SANTIAGO (nk) |

Exibit G

```
Proceedings include all events.                                    MAG
1:04cv335 SANTIAGO v. UNITED STATES OF

4/13/05   9      NOTICE to inform Court of Action Taken in CA 04-335 E by
                 ERNESTO SANTIAGO (nk)

4/15/05   10     MOTION by ERNESTO SANTIAGO for Appointment of Counsel,
                 and  for Court to issue some type of order to keep pltf
                 from further retaliation as to CA 04-335 with Proposed
                 Order. (mad) [Entry date 04/20/05]
```

Exibit G

Docket as of May 6, 2005 9:33 am                        Page 3