

UNITED STATES GOVERNMENT

# memorandum

FEDERAL BUREAU OF PRISONS
Federal Correctional Institution, McKean
Bradford, Pennsylvania

June 14, 2005

MEMORANDUM FOR ERNIE SANTIAGO
REG. NO.: 90304-038

FROM: S.L. Robare, Associate Warden

SUBJECT: Inmate Request to Staff

This is in response to your Inmate Request to Staff dated June 1, 2005, in which you claim a staff member did not make copies for you in segregation. Specifically, you allege a education staff member acted unprofessional and refused to make your requested copies.

An investigation into this matter revealed that the staff member placed your requested legal materials in the segregation law library. Inmates in segregation are not provided legal materials, if the materials are available in the segregation law library. No evidence of staff disrespecting, or treating you unprofessionally were found.

I trust this address your concern.

Exibit H