IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 04-335 ERIE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 21st day of September, 2005, a Motion for Reconsideration (Doc. #29) having been filed by Plaintiff,

IT IS HEREBY ORDERED that Defendant shall have until October 21, 2005 to file a response thereto.

S/Susan Paradise Baxter
Susan Paradise Baxter
Chief U.S. Magistrate Judge

cm: All parties of record