Ernesto Santiago
V
U.S.A

CA NO: 04-335 Erie
Magistrate Judge Baxter

## Notification To The Court

Now Comes Santiago "Plaintiff" Notifies This Court That on September 26th 2005 Plaintiff met with Lee J. Karl (Assistant U.S. Attorney at the F.C.I McKean Visiting Room. On This day AUSA Karl made Copies of The (181) One hundred eighty one pages of Discovery as to CA-No: 04-335 Erie (plaintiff has signed certificate of service).

Plaintiff did not recieve a copy of The (181) pages of Discovery for The Court, AUSA Karl Said AUSA Mr. Skirtich would forward a Copy To the Court.

Plaintiff wants This Court to know that AUSA Mr. Skirtich was Not present on September 26th 2005's meeting at F.C.I McKean.

Plaintiff wants your honor to recall the September 1st, 2005 hearing in which The AUSA Mr. Skirtich Assured me on The Record and Plaintiff is not quoting Verbatim since he has not retrieved the hearing minutes; [Mr. Santiago, I will come down to the F.C.I McKean Prison Personally and escort you along with me To a Copy Machine where you will be present while all The Copies are Made....]

Plaintiff wants your honor to know that AUSA Mr. Skirtich Made a promise that was not fulfilled. Plaintiff after expressing his concern to AUSA Mr. Karl was left with an ultimatum that either Mr. Karl Take plaintiffs papers and go copy them or wait for a different say'-so from judge Baxter. Although plaintiff felt AUSA Mr. Karl would Not deceive him he allowed his Documents (181) pages To Leave

his presence, and although Plaintiff recieved all of his Papers Back he was very anxious for the minutes that went by. Plaintiffs decision to allow AUSA Mr. Karl to leave with his Papers was also made in Order to save the Court another unnecessary hearing to a matter that was suppose to have been settled on September 1st, 2005.

Plaintiff also wants your honor to know that it is Plaintiffs duty to serve your honors Court with a copy of Discovery Not the government.

## Conclusion

Plaintiff ask your honor to Order AUSA Mr. Skirtich to forward the Clerk of Court a Copy of the Discovery AUSA Mr. Karl Copied on September 26, 2005 at F.C.I Mc-Kean. Via Certified Mail. Also that plaintiff be provided with the same copy in Order to assure himself and the Court all Discovery is what plaintiff has provided and wants provided as Discovery. Plaintiffs Copy should be Certified Mail, Return Receipt, Legal Mail.

Plaintiff ask that the October 4th, 2005 Discovery Due Date be extended Until October 25th, 2005. All other due dates should be extended (21) Twenty one days as well To assure plaintiffs full Discovery is in.

Plaintiff Prays your honor will grant the Requested Order as to Mr. Skirtich and extend all Due dates 21 days.

Respectfully Submitted
Pro-Se Ernesto Santiago

(RE: CA NO) 04-335 Erie

Dear Mr. Skirtich,                                              9/26/05

Hello, I am writing you in Regards To my meeting with AUSA Mr. Lee J. Karl today September 26th, 2005 at FCI McKean Visiting Room. I am however dissatisfied at the way things unfolded, especially after you expressed to me you would come down to F.C.I McKean and escort me along with my Legal Documents as to Discovery to the Copy Machine. This is Not what happened and even though Nothing ended up being misplaced or missing this was exactly what I expressed on September 1st, 2005 hearing to you and the judge. Today I Notified the Court (see Enclosed) and I am hoping that you forward the Court a Copy of The 181 pages of Discovery Mr. Karl Retrieved Immediately and let me know when the Court has recieved it. Mr. Skirtich I ask that you arrange a telephone call between yourself and I in order to speak as to the Interrogatories that I am having problems with Due to not having access to Records from the Records Dept. I explained this to Mr. Karl. I'd rather you come see me But you can arrange a telephone call through the Executive Assistant to the Warden Ms. Recktenwald at (814) 362-8900.

Sincerely,
Pro-Se Ernesto Santiago
9/26/05

c.c. file
    Erie, PA District Court

## Certificate of Service

I hereby Certify That I have Served The Original and a Copy of: <u>Notification to the Court</u> Via 1st Class Mail on September 26th, 2005 To:

Clerk of Court
P.O. Box 1820
Erie PA 16507
(Original)

Paul E. Skirtich (AUSA)
700 Grant St
Suite 4000
Pittsburgh, PA 15219

Respectfully Submitted
Pro-Se, Ernesto Santiago
9/26/05