Ernesto Santiago
V.
U.S.A

CA NO: 04-335 E
CUSMJ: Susan Paradise Baxter

Document 29-1

Declaration of Inmate gilbert Bey # 03854-078

1. I am willing to assist Inmate Santiago # 90304-038 with his Legal Case No: 04-335E.
2. I do not have any Separations and we have Been in The Same Recreational Cages Together.
3. I will obey all B.O.P Rules and Regulations while assisting Inmate Santiago # 90304-038
4. I have Spoken To Inmate Santiago as To helping him with his Case
5. Myself and Santiago have Both Spoken To Lt. glenn about myself helping Santiago But were Denied on all Fronts.

Respectfully Submitted,
Reginald D. gilbert Bey
Ernesto Santiago
9/15/05

## Certificate of Service

I hereby Certify That I have Served The Original and a Copy of: Declaration of Inmate gilbert Bey # 03854-078 Via first Class Mail on This 15th day of September 2005 To

Clerk of Court
P.O. Box 1820
Erie, PA 16507
(Original)

Paul E. Skirtich (AUSA)
700 Grant St # 400
Pittsburgh, PA  15219
(Copy)

Ernesto Santiago Pro-Se
9-15-05

RE 04-335E

Dear Clerk,                                          9/28/05

Please file This <u>Declaration of Inmate Gilbert Bey #03854-078</u> with Document 29-1 Filed on 9/19/05 for Case No 04-335E. Thank you!

Sincerly,
Ernie