Ernesto Santiago

v

U.S.A.

CA NO: 04-335 Erie

## List of All Exibits
## PART ONE

Exibit = C-g.A.*1 Explanation of Santiago's Ordeal From May 24, 2002 Thru May 27, 2002 That Lead To an 8 day stay at Bradford Regional Medical Center (BRMC) with Pnemonia.

Exibit C-g.A.*2 Continue as To g.A.*1

Exibit C-g.A 2A Thru 2AA Medical Record From 5/25/02 Thru 6/21/02

Exibit C-g.A.*3 Written Complaint of 6/21/02 Incident as To Denise Tanner (HIT)

Exibit C-g.A.*4 Continue as To g.A*3

Exibit C-g.A.*5 Memorandum as To Incident of 6/21/05 By Then Warden John J. LaManna

Exibits: C 3,5

  C-3 Examination By P.A. Saylor

  C-3*2 CBC Ordered by P.A. Saylor

  C-5 Examination By Doctor Beam

  C-3*2 Complete Blood Count Final Report

  C-6,7

  C-6 Examination By P.A. Saylor

  C-7 Examination By P.A. Asp

  C-8,9,11

  C-8 administrative Note By P.A. Asp.

  C-9 Seen By P.A. Asp

  C-11 Examination By P.A. Asp

  C-8*2 Aerobic Bacterial Culture Final Report

  C-8*3 HSV Culture and Typing Final Report

  C-10 Brief Counseling Session with Staff

## PART ONE
### PAGE TWO

Psychologist  Lisa A Johnson, PSY D.

C-13 #2 Copies From Merk Manual of Medical Info

C-13 #3  "                         "                         "

C-13 #4  "                         "                         "

C-12,13

C-12 Examined  By P.A Asp

C-13 Talked To Dr. Beam

C-14 Examined By P.A. Plotrowski

C-15 #1 Inmate Request To Staff

C-15 #2 "              "         "    "      ATTachment

C-17,18

C-17  Seen By Dr. Olson

C-18  Seen P.A Glenn for one Week Idle

C-19,20

C-19 #1 Note as To Trip To See Outside DermaToligist

C-19 #2 Note as To Return From Trip

C-20 Note as To Conversation With Dr. Beam.

C-19 #3 Evaluation By G.Thomas Spigel  M.D From Olean, New York (DermaToligist)

C-19 #4 Microbiology Report From Dr.Spigel

C-21 #1 Pill line pick up sheet of 10/16/05

C-21 #2 Inmate Request To ms.geza (Pharmd. RPh) For Copy of Pill Line Pick up sheet.

C-22 Chronic Care Visit With Dr. Beam

C-23 Letter To Drs. Sully or Dr. Vaccarro from Bradford Regional medical Center.

C-23 #2 Copy of Certified Mail and Return Receipt

C-24 Emergency Visit with P.A. Labrozzi

<u>PART ONE</u>
PAGE Three

C-25   Note  By Dr. Beam
C-26 Inmate  Request To Staff To Mr. Smith
C-28 Inmate  SickCall Sign up Sheet By Dr. Beam
C-28 #2 Aerobic Bacterial Culture Report
C-29 Inmate  Request To Staff To Dr. Beam
C-30 #1 Emergency Visit Examined By P.A ASP
C-30 #2 Emergency Visit Evaluated By P.A. Labrozzi
C-31(A) Letter To Warden From Dr. Barbara Zeller
C-31(B) Continue of Zellers Letter
C-31 #2 Response By Warden To Dr. Zellers Letter
C-31 #3 Continue To Response
C-32 HSV Culture and Typing Results
C-32 #2 Aerobic Bacterial Culture Results
C-33 Dr Beams Respose To Inmate Request To Staff
C-34 Letter To Senator Spector By Dr. Ülle Lewes
C-34 #2 Continue
C-34 #3 Memorandum To Ülle Lewes from Kenneth Evans
C-34 #4 Request By Arlen Specter
C-34 #5 Wardens Response To Dr.Ülle Lewes
C-34 #6 Continue
C-35  Chronic Care Visit with Dr. Beam
C-36  Chronic Care Visit With Dr. Beam
C-37  Chronic Care Visit With Dr. Beam
C-37 #2 Chronic Care Visit Note
C-37 #3 Note as To Chronic Care
Prescribed Medications #1
Prescribed Medications #2
Two Color Pictures of face, eyes, Lips, etc.

PART TWO Exibits

P2-1    Informal Resolution form    BP 8'½
P2-1#2    Informal Resolution form ATTachment
P2-1#3    ATTachment as exibit S
P2-1#4    "         "         "         "
P2-1#5    "         "         "         "
P2-2    Informal Resolution Response    BP 8½
P2-3    RequesT for AdminisTrative Remedy    BP-9
P2-3#2    ATTachment
P2-4    RequesT For AdminisTrative Remedy Response BP-9
P2-5    Regional AdminisTrative Remedy Appeal    BP-10
P2-5#2    ATTachment
P2-6    Regional AdminisTrative Remedy Response BP-10
P2-7    Central Office AdminisTrative Remedy Appeal BP-11
P2-7#2    ATTachment
P2-8    Central office Response BP-11
P2-8#2    Central office (Continue)
P2-9    TorT Claim Form
P2-9#2    TorT Claim Form
P2-9#3    TorT Claim ATTachment
P2-10    LeTTer From Regional Counsel as To TorT Claim
P2-11    Memorandum as To Denial of TorT Claim

PART Three Exibits

P3-1   LEtter From Santiago To Senator Specter

P3-1#2  Certified Mail and return receipt

P3-2   LEtter From Senator Specter To Director of B.O.P. Mr. Lappin

P3#3  Letter From Warden LaManna To Senator Specter

P3#2  Continuance

P3-3#3  Copy of Specters letter

P3-3#4  Copy of Santiagos LEtter

P3-3#5  Copy of Medical Record

P3-3#6  Copy of Medical Record

P3-3#7  Copy of CBC Report

P3-3#8  Copy of Medical Report

P3-3#9  Copy of Aerobic Bacterial Culture Report

P3-3#10  Copy of HSV Culture and Typing Report

P3-3#11  Copy of Medical Record

P3-3#12  Copy of Medical Record

P3-3#13  Copy of Medical Record

P3-3#14  Copy of Medical Record

P3-3#15  Copy of Dr. Spigels evaluation

P3-3#16  Copy of Microbiology Report

P3-3#17  Copy of Medication Summary Sheet

P3-3#18  Copy of Medical Record

P3-3#19  Copy of Medication Summary Sheet

PART Four Exibits

P4-1  Letter To Ms. Walker from Santiago

P4-2  Letter To Center for Disease Control and Prevention c/o Mr. Jeffrey P. Koplan

P4-2 *2  Copies of Certified Mail and Return Receipt

P4-3  Letter To Ms. Dr. Segal from Santiago

P4-4  Letter To Mr. Dr. Maston From Santiago

P4-5  Letter To Santiago from Dr. Ulle Lewes

P4-5 *2  Copy of Information from Dr. Lewes for Dr. Beam

P4-6  Authorization for Release of Medical Information

P4-7  Informal Resolution form BP-8

P4-7 *2  Attachment BP-8

P4-8  Informal Resolution Response BP-8

P4-9  Rejection Notice

P4-9 *2  Sensitive 8½

P4-9 *3  Copy of Attachment

P4-9 *4  Copy of Attachment

P4-10  Request for Administrative Remedy BP-9

P4-11  Administrative Response Denying BP-9

P4-12  Letter from Santiago To Mr. Kenneth Evans

P4-13  Letter From Santiago To Division of Accredatation Operations

P4-14  Informal Resolution form

P4-14 *2  Attachment

P4-15  Informal Resolution Response

P4-16  Inmate Request To Staff

P4-17  Bradford Regional Medical Center Discharge Summary

PART Four Continue

P4-17*2  Discharge Summary Continue

P4-17*3  Microbiology Report

P4-17*4  Microbiology Report

P4-17*5  Diagnostic Imaging Department Report

P4-17*6  Diagnostic Imaging Department Report

P4-17*7  Diagnostic Imaging Department Report

P4-17*8  Diagnostic Imaging Department Report

P4-17*9  Bradford Medical Center physical Examination

P4-17*10  Blood gas Report

P4-17*11  Lab report / Microbiology

P4-17*12  Lab report / Microbiology

P4-17*13  Lab report / microbiology

P4-17*14  Lab report / Final Blood Culture Report

P4-17*15  Lab report / Preliminary Blood Culture Report

P4-17*16  Lab report / Final Blood Culture Report

P4-17*17  Lab report / Preliminary Blood Culture Report

P4-17*18  Diagnostic Imaging Department

P4-17*19  Diagnostic Imaging Department

P4-17*20  Diagnostic Imaging Department

P4-18  Copy of Flora Defenition out of Medical dictionary

P4-19  Copy of Staph Infection in Lycoming College P.A.

P4-20  CDC Information on Bacterial Pneumonia

P4-20*2  CDC Information on Bacterial Pneumonia

P4-20*3  CDC Information on Bacterial Pneumonia

P4-20*4  CDC Information on Bacterial Pneumonia

P4-20*5  CDC Information on Bacterial Pneumonia

P4-20*6  CDC Information On Bacterial Pneumonia

6

V Legal Issue,

Plaintiff will be Submitting motions in Limine before Trial.

VI SeTTlemenT Negotiations,

Defendant has NoT Requested a SeTTlement Conference as of October 18, 2005.

VII Trial Time,

It is believed The Trial of this matter will Take Three days.

Respect fully Submitted,
Pro Se, Ernesto Santiago
10/18/05

## Certificate of Service,

I, Ernesto Santiago do hereby That Service of a True and CorrecT Copy of The enclosed Pre-Trial Statement has Been Served To:

Clerk of Court
P. O. Box 1820
Erie, Pennsylvania 16507

CA. No 04-335E

Dear Mr. Skirtich,                                        10/18/05

Enclosed find A copy of my PreTrial Statement and List of all Exhibits. I have Not heard From you as of my 9/28/05 letter in where I Sent you Defendants Interroagtories, gilberT Beys Decleration and plaintiffs First Set of Interrugatories. I am Still Waiting for you To forward me a copy of Defendants Interrugatories. I Wait To hear from you.

Sincerly,
Ernie Santiago

Ernesto Santiago
#90304038
Special Housing Unit
P. O. BOX 8000
Bradford, PA 16701

C.C. File
Clerk of Court; SPB

7

Paul E. Skirtich
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219

Via First Class Mail, Postage Prepaid on
October 18, 2005.

Respectfully Submitted,
Pro-Se Ernesto Santiago
10/18/05