IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO, )<br>)<br>       Plaintiff. )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>       Defendant. ) | Civil Action No. 04-335E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>ELECTRONICALLY FILED |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSIVE PLEADING TO
PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

AND NOW, comes the Defendant, United States of America (hereinafter referred to as "the Defendant"), by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court to issue an Order enlarging for seven (7) days, until November 4, 2005, the time within which Defendant may respond to Plaintiff's Motion to allow all appropriate agency officials to finalize and approve their review of the responsive pleading and/or to finalize affidavits/declarations.  Plaintiff will suffer no prejudice as a result of the granting of this brief extension.

The undersigned counsel did not contact the *pro se* Plaintiff since he is incarcerated, but is mailing a copy of this Motion.

WHEREFORE, Defendant, United States of America, respectfully requests that the Court issue an Order enlarging for seven (7) days, the time within which Defendant may respond to Plaintiff's Motion for Injunctive Relief.

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY


s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7418
PA ID No. 30440

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion for Enlargement of Time to File a Responsive Pleading to Plaintiff's Motion for Injunctive Relief was electronically filed and/or served by first-class mail, postage-prepaid, on this 21st day of October, 2005, to the following:

      Ernesto Santiago
      Plaintiff *Pro Se*
      Reg. No. 90304-038
      FCI McKean
      Post Office Box 8000
      Bradford, PA 16701

      s/Paul E. Skirtich
      PAUL E. SKIRTICH
      Assistant U.S. Attorney