### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO, )<br>)<br>Plaintiff. )<br>)<br>5. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 04-335E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>ELECTRONICALLY FILED |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion for Enlargement of Time to File a Responsive Pleading to Plaintiff's Motion for Injunctive Relief heretofore filed by Defendant, United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant, United States of America, shall have until November 4, 2005, within which to respond to Plaintiff's Motion for Injunctive Relief.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  All counsel of record