CA: NO-04-335E

Dear Mr. Skutich,                                                                 10/27/05

  Today I recieved your letter of October 24th, 2005 as to Recieving The Two Color pictures on October 4th, 2005. Thank you for letting me know and I will be answering your Questions soon.

  Mr. Skutich you still have not addressed My Previous Several questions from 10-13-05, 10-18-05 and 9-25-05. You haven't forwarded me a Copy of Defendants Interrogatories as you said in your 9-15-05 letter. You haven't addressed the 15 Pages That were Missing in the exibits you sent me (see My 10-13-05 Letter). Also you Never Let me if you and when you recieved everything I mailed you on 9-25-05 which were: A Complete Copy of Defendents First Set of Interrogatories, Inmate Gilbert Bey # 03854-078 Declaration for Document 29-1 and a Copy of Plaintiffs First Set of Interrogatories addressed to Defendant. Please answer these questions as soon as possible.

  Mr. Skutich Also find a Copy of The Motion I filed with the Court; Motion to Order Immediate Transfer of Plaintiff as he continues grave retaliation.

    I will Be Waiting to hear from you,

       Sincerely,
       [signature]
       10-27-05

CC File
 AUSA Skutich
 Erie PA Clerk of Court