CA NO: 04-0335 E

Dear Clerk,                                                                 10/30/05

Please file these 29 Exibits for my latest motion filed in this court for CA No 04-335E (Motion to Order Immediate Transfer of Plaintiff as he Continues grave retaliation) Mailed on the 27 of October 2005.

Respectfully Pro-Se,
Ernesto Santiago

Certificate of Service

I hereby certify that I have served copies of 29 Exibits relating to my latest motion filed in case 04-335E (Motion to Order Immediate Transfer of Plaintiff as he Continues grave Retaliation) Via First Class Mail on October 30th, 2005 to: Clerk of Court, P.O. Box 1820 Erie, PA 16507 'and' Paul E. Skirtich (AUSA), 700 grant street #4000, Pittsburgh, PA 15219.

Ernesto Santiago Pro-Se
October 30th, 2005

Ernesto Santiago
#90304035
P.O. Box 8000
Bradford, PA 16701

cc: File