Ernie Santiago #90304038          Staff Representative
DHO/hearing Code 212              Question: Lt Pfister

Inmate Ernie Santiago #90304038 is Pending a Disciplinary Hearing Officer Review for Code 212 "Engaging in or Encouraging a Group Demonstration". Charged By you as the reporting officer on May 19, 2005. Please Provide Specific Responses to the following:

1. What was the actual date and time that you specifically Received Evidence, That Ernie Santiago #90304038 was allegedly Involved in the charged Incident Report? **Can't Answer**

2. How Long had staff had Knowledge or anticipated Inmates Planning a group Demonstration/Food Strike? How long did you determine Santiago had Been allegedly Promoting The alleged group Demonstration/Food Strike? **Can't Answer**

3. How Many Inmates with a History of a group Demonstration food strike etc did you and other officials have Thrown in Segregation as a result of the alleged group Demonstration/food strike? **Can't Answer**

4. In 11+ years of Incarceration has Inmate Santiago #90304038 ever Been accussed or Involved in such a allege? **I Don't Know**

5. When did The alleged "Food Strike" occur: date, Time, place? **Feb 10 2005  FCI McKean  food serv**

6. How Many Inmates participated? **I Don't Know**

7. Was any staff or Inmates Threatened Regarding such? **Can't Answer**

8. Was there any Violence? **Not that I am aware of**
  (a) Was anyone (staff or Inmate) Treated Medicaly? **I can't Answer that too Vague**

9. Where was Inmate Santiago #90304038 When This alleged food strike occurred? **I Don't Know**

Exibit B                    #1 of 2

Santiago #90304038
DHO / code 212

Questions: Lt Pluter

10. What did you determine Santiago's motive or cause was for allegedly being involved? **I don't know**

11. When was the Entire Prison Interviewed for the First Time, please be specific the beginning and ending dates, etc? **right after it happened**

12. Did you review Security Cameras Recording Evidence from the Hallway of the Law Library from 2/9/05 at 7:35 pm? **can't answer that**
   A. If the response is No, why not?

13. Given the severity of this matter in your investigation Regarding this Incident, why was the Video Security camera evidence destroyed? **it wasn't can't answer that**

14. On March 14, 2005 @ 1:30pm you Interviewed Santiago for appx. 1/2 hour. Did you already have Information Regarding Santiago's alleged Involvement? **can't answer that**

14A. From who? How many People? Who were they? **can't answer that**

15. Did Christopher Strade give you any Information as to Ernie Santiago #90304038? What did he say if your answer is yes? **Can't answer that**

Exibit B

_____          _____
Signature of Staff Representative      Signature of Reporting Staff

Date Forwarded:
Received on:

2 of 2