BP-S288.052 **INCIDENT REPORT** CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

1. Name Of Institution: **FEDERAL CORRECTIONAL INSTITUTION, MCKEAN, PA.**

Part I - Incident Report

| 2. Name Of Inmate<br>Santiago, Ernie | 3. Register Number<br>90304-038 | 4. Date Of Incident<br>10/18/05 | 5. Time<br>06:35 hrs |
|---|---|---|---|
| 6. Place Of Incident<br>Special Housing Unit A Range | 7. Assignment<br>Unassigned | 8. Unit<br>SHU | |

9. Refusing to Obey an Order of Any Staff Member.                           Code 307

11. Description Of Incident (Date: **10-18-05** Time: **6:35 am** Staff become aware of incident)

On September 18, 2005 at the above time, Inmate Santiago # 90304-038 was asked to submitt to take his yearly tuberculin skin test (TB Testing). He stated that he didn't want to due to legal action against the Health Services Department. I informed Inmate Santiago # 90304-038 that per Program Statement # P6190.03 a Inmate can not refuse this testing.

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| *B. Douthit EMT-P* | 10/18/05<br>0730 hrs | Brian Douthit, EMT-P |
| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered<br>10-18-05 | 16. time Incident Report Delivered<br>105/p |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

I/M Santiago received PPD on 10-18-05 @ 1407 hrs.

18. A. It Is The Finding Of The Committee That You:
    ___ Committed The Following Prohibited Act.
    ___ Did Not Commit A Prohibited Act.

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature)       Member (Typed Name)       Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                         Replaces BP-288(52) Of Jan 88

Exibit E