Sensitive BP-9   10/15/05

# Exibit E

I Submit This in Order For This office to Request The Video Tape From A-Range For The following dates 10-15-05 @ 7:00 AM & 10-18-05 @ 7:00 AM, 2:30 PM This Stems from an Incident That Started on 10-15-05 where EMT-P, Douthit came to my cell to do a T.B Test Mr. Douthit had a Bag of Needles filled with Unknown fluid. I Explained to Mr. Douthit That I have a pending Medical Law Suit where F.C.I McKean are The defendants and I would Like To Talk The Health administrator K Smith Because we are suppose to See what The Needles are filled up with I went on to Explain That I almost died Twice at The hands of F.C.I McKean and recently had a Call with The Judge Susan P. Baxter out of Erie, PA CA No 04-335E and The region was on The phone Ms Diana Jacobs too I explained I wasn't refusing But I wanted to Talk to Mr Smith Mr Douthit Said he filled all The Needles up at the hospital to Save Time and why was I Complaining. I again Said I wanted to See Mr. Smith and was Not refusing. On 10/18/05 at 6:35 AM Mr. Douthit came to my Cell and Said That Mr. Smith Said for me To Take The Test and I again explained That I was Not refusing But wish to Speak to Mr Smith first. Mr Douthit Became agitated and Stormed off. On 10-18-05 at 1:05 PM I Received a. Incident Report no. Code # 307 Refusing To obey an Order of then Staff Member by Mr. Douthit given By Lt Fiorentino. On 10-18-05 at 2:07 PM Mr Smith and Mr. Douthit Showed up at my door wh I explained My Situation to Mr Smith. I explained That Mr. Douthit had lied and wrote me a shot when I did Not refuse and Mr Douthit in front of Mr Smith admitted what I Said was True and Correct. When I asked Mr Smith to write Mr. Douthit Statement on My Incident Report and I would be

fused to take the T.B. Test with Mr. Smith since he had the Needle and Container of Fluid present in front of me. Mr. Smith started writing Mr. Douthits statement on my Incede Report But Became agitated by some Inmates on the Range and walked off to another cell and Talked to an Inmate at that time he came back and closed my cell door slot very agitated and left. A Clear Review of the Surveillance Tapes of the Mention dates shows my complaint is True. I request Ms Lee intervene or someone from the office in order to clear me as can Be clearly seen Mr. Douthits going Cell to Cell giving Inmates T.B. Test with a Bag of Needles

Thank you
E.S

Exibit E