BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

1. Name Of Institution: **FEDERAL CORRECTIONAL INSTITUTION, MCKEAN, PA.**   #1592642

Part I - Incident Report

| 2. Name Of Inmate<br>Santiago, Ernie | 3. Register Number<br>90304-038 | 4. Date Of Incident<br>10/18/05 | 5. Time<br>06:35 hrs |
|---|---|---|---|
| 6. Place Of Incident<br>Special Housing Unit A Range | 7. Assignment<br>Unassigned | 8. Unit<br>SHU | |

9. Refusing to Obey an Order of Any Staff Member.                                    Code 307

11. Description Of Incident (Date: 10-18-05  Time: 6:35 am  Staff become aware of incident)

On September 18, 2005 at the above time, Inmate Santiago # 90304-038 was asked to submitt to take his yearly tuberculin skin test (TB Testing). He stated that he didn't want to due to legal action against the Health Services Department. I informed Inmate Santiago # 90304-038 that per Program Statement # P6190.03 a Inmate can not refuse this testing.

| 12. Signature Of Reporting Employee<br>B. Douthit EMT-P | Date And Time<br>10/18/05<br>0730 hrs | 13. Name And Title (Printed)<br>Brian Douthit, EMT-P |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered<br>10-18-05 | 16. time Incident Report Delivered<br>1:05p |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident: Inmate Santiago indicated that he did not refuse to take the TB test. He indicated that he wanted to speak with Ms. Smith. He also indicated that Health Services did not draw the [illegible] in front of him. The PA came to the door with a bag of needles and he did not know what was in the needle. He has a pending case against the Health Services Department here at FCI McKean because afraid of what was in the needle.

18. A. It Is The Finding Of The Committee That You:
X   Committed The Following Prohibited Act. 307
___ Did Not Commit A Prohibited Act.

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information

The UDC relied upon the EMT's statement in section 11 of the report that inmate Santiago was asked to submit to the TB test and he indicated he didn't want to due to a legal action pending.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

The UDC sanctions inmate Santiago to 30 days loss of telephone privilege from 10/20/05 - 11/18/05

21. Date And Time Of Action  10/20/05  2:15 pm  (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

D. Tonielli / [signature]            B. Aponte
Chairman (Typed Name/signature)    Member (Typed Name)        Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                     Replaces BP-288(52) Of Jan 88

Exibit G