To: Warden Sherman

From: Ernie Santiago

10/21/05

#90304-038

A-Range Shu

05 OCT 21 PM 3:53

I am Being denied administrative Remedy procedures. My Counselor Mr. Glenn has not brought me my request BP-9 after several cop outs. Also why am i Being limited to One BP's at a time etc. There is No Rule as to This. Your help is Needed.

Thank you
Ernie Santiago

Exibit H