I was given this from the Warden to respond to. You are not being denied BP 8 1/2's by myself as a matter of fact I just issued you 14 BP 8's on Friday Oct. 21st. All thou in the future we are going to limit you to 3 BP 8's at a time. We believe that you can not possibly have more then 3 issues at a time and that you are just trying to tie staffs time.

                                                         Doug Glenn DA Counselor

Exibit I