Ernie Santiago #90304038                    Copy
P.O Box 8000
Bradford, PA 16701          BOP Director

Dear Sirs,                             June 15th, 2005

As I already Spoke to you I Request that you respond to me in Regards to the lack around the "SHU" about this So Called 1 year program. I've Never Seen any Memorandum or Program Statement attachment about Such a Program especially since this "1 year Program" acts as a Secondary punishment after DHO Sanctions, which acts and start upon Completion of your DS time.

I along with other Inmates get Swept for an alleged food strike in which I recieved an incident Report which I intend to challenge due to the incorrect Report in the incident Report. This Housing us in Overcrowded Cells as we have Been for over 3 months with Three people per Cell when for the Last Two Months There has Not Been any Institutional Problems That Can Lead to a 3 man exception is Not Warranted. Thus Segregation is hot, The Cells Carry Hot & Recycled air and having to in any Case Spend extra months due to this program Causes Conflict.

Exibit J