Ernie Santiago #90509038
P.O. Box 8000
Bradford, PA 16701

BOP Director

Copy

Dear Sirs,
June 15, 2005

I have Been having a problem with Mr. Strade from Education in Regards to getting a Copy of Program statement 28 CFR Ch V 541.2 - 541.40 for an upcoming DHO hearing. Mr. Strade will Not and Refuses to Supply me with a Copy of this P.S. at my expense. WE are Not allowed to Remove any Books or P.S. from The Law Library when us just in cell empty Room with illise Books that are outside DTC popstanders and I do Not Steal or Rip pages out of Books. Mr. Strade didn't have a problem a month ago charging me @ $25.00 Dollars for Some Court Papers But will Not Supply me with $2.00 of Copies. I submitted a BP-8 But BP-8 Do Not get Processed when Inmates are in The Shu and your BP-9 will get Rejected if you haven't filed an 8. I have Not Seen my Counselor for 3 months Down here So how can I Be afforded a Remedy if one Cannot See the Counselor.

Exibit K