BOP Duties

Dear Mr. Lappin,                                              3-8-05

I am writing you in regards to our conversation of June 15, 2005 at FCI McKean when I spoke to you about a revision to Chapter Q in Health Programs. I Brady arrested for 1 PWID & Conspiracy to deliver Narcotics, to be on a Renewal of to the amendments of such a 10 months RRC program.

Mr. Lappin, you told me you would answer my letter (copy enclosed) and to indicate I could follow up.

Sincerely,
Frank Santiago

Frank Santiago
#90501-078
P.O. Box 8000
Bradford, PA 16701

Exibit L