Dear Mr Bignam,                                                3/5/05

                    I am Writing you with a
Serious problem That is occurring here at FCI
McKean where a "10 month pilot program" is being
exercised. This program is being carried out with
out a program statement 28 CFR or Memorandum an
acts as a Secondary Punishment after DHO Sanctio
s you which is a Violation of RSP Timala Disciplin
I have asked The Warden for a Memorandum as to
what authorization he is using in exercising This
10 Month Pilot program. The A.W. here Says that
No program does exist But The Warden is the
one who is Keeping us on This pilot program.
                    I ask that you look into this
Mysterious "10 Month Pilot Program" That is a
Violation of My Due Process. Thank you.

                                        Sincerly
                                        Ernie Santiago

Ernie Santiago
#90314038
P.O. Box 8000
Bradford, PA 16701

Exibit M