9/7/05

Dear Mr. Jarrett,

I write you pleading that you or someone assist me in a grave situation I am enduring. I will make this as brief and understanding as I can But if you need any of the Documents I have I can forward them to your office. This Ordeal started on February 10, 2005 when No Inmates at FCI McKean went to eat at the Institution Mess hall. I was working at the Officer's Mess hall at the Time of this Incident. The Institution Was placed on Lock Down and reopened on February 22, 2005 for Normal Workcall at 6:00am. I again was at work in the officer's Mess hall. The Institution was locked down again on February 22, 2005 at 4:00pm. On March 10, 2005 I was awoken at 12:00am and Taken to Segregation for an Investigation of a possible group demonstration. On March 14, 2005 at around 1:45pm I was Interviewed By Lt Pfister (SIS) for appx ½ hour. I agreed to a polygraph test that I had No involvement in this food strike. After Not "Knowing anything" or "Snitching" on the alleged participants I have Been a Victim of Retaliation By Being given an Incident Report on May 19, 2005. The SIS Said They have Two Informants who claim I was Making Copies of a "Flyer" I yet to see, The SIS Said They have the Video Tape of the hall way that Shows I ~~was~~ was in the Vicinity as the Informants say But Lt Pfister Refuses to review the Tape

Exibit N

#2

That will clearly show I had No Involvement. I have Conflicting Documentation From FCI McKean Staff For Not "Knowing anything or Snitching on anyone." I have Been The Victim of a "10 month pilot program" in The SHU, where No program statement, 28 CFR, or a Memorandum exist.

Mr Jarrett for (11*) eleven plus years of Incarceration I have Never Been accussed or given an Incident Report for any group demonstration of Such. In four years here I've Completed over (10) Ten Classes earning Certificates and Now with my release halfway house being on October of 2006 I have to Remain in Segregation Because FCI McKean Staff Know Inmates do Not get Transfered when They're under a year. That would Mean I would remain in Segregation for 20 months.

Mr Jarrett I Beg for Some help in This Matter and can clearly Show That I was Not Involved with Mentioned Documentation.

Thank you,
Ernie Santiago

Ernie Santiago
#90304-038
P.O. Box 8000
Bradford, PA 16701

Exibit N-1