

UNITED STATES COMMISSION ON CIVIL RIGHTS

624 NINTH STREET, NW, WASHINGTON, DC 20425    www.usccr.gov

September 30, 2005

Ernie Santiago
# 90304038
PO Box 8000
Bradford, PA  16701

Dear Mr. Santiago:

The United States Commission on Civil Rights recently received your complaint.

The Commission was established to conduct studies, hold hearings, issue reports, and serve as a national clearinghouse for civil rights information. As such, the Commission has no authority to provide direct remedial assistance or offer an opinion as to the soundness of individual allegations.

In order to be helpful, we have forwarded your complaint to:

Chief, Special Litigation Section
Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

This agency is authorized to help resolve the problem you described. We have requested that the agency notify you in writing concerning all actions taken to resolve your complaint. Should you need to communicate further concerning this matter, please contact the above agency directly.

Sincerely,

TERRI A. DICKERSON
Assistant Staff Director
of Civil Rights Evaluation

Exibit O