Dear Ms. Dickerson,                                               8/31/05

I write you in regards to a situation I am enduring with here at F.C.I. McKean Segregation "Hole". The Legal Law Library in the Hole here is a room about 12x12 with one book shelf of old outdated misc. books. This room has a metal table in the center. This room does NOT have Law Books, Shep[ard's] Books, Supreme Court Cases, Program Statements etc. All requested material has to be brought from the Legal Law Library in Population. We are given 5-7 days to review the requested material but There's over (110) inmates in Segregation and by the time you make it to the library which takes 7-10 days your requested material is gone. This is clearly a Violation of Due Process, and access to the courts because I have a pending case No 02-4056 against my criminal sentence and a Medical Case No 04-335. After complaining to Staff here I have been a victim of further retaliation. Administrative Remedies have gone unanswered. I have copies of any available papers that can be forwarded at your request to help you if needed. I thank you for your time and hope you can help me in this matter. Thank you!

Sincerely,
Ernie Santiago

Ernie Santiago #90304-038
P.O. Box 8000
Bradford, PA 16701

Exibit P