Dear Mr. Santorum,                                      8/30/05

I write you in hopes that you can assist me in a situation I am enduring here at F.C.I. McKean. I will try to be as brief as I can without seeming complicated. If someone from your office request all records available pertaining to my complaint I will forward them to your office. This complaint is three fold. After four days of complaining of chest pain on my right side of my chest Mr. Montgomery refused to treat me on May 27, 2002. On May 27, 2002 after being refused treatment by Mr. Montgomery I was rushed six hours later to Bradford Regional Hospital and spent (8) eight days there. I was diagnosed with Bacterial pneumonia. On August 12, 2003 I was diagnosed with Staphylococcus Aureus which was determined by an outside doctor to be related to my May 27, 2002 pneumonia. She offered advice as to future treatment to help cure this infection. This intervention was ignored and fueled anger by FCI McKean medical staff toward me. I have proceeded to the Erie District Court with this complaint as CA No. 04-335E in which discovery is due on October of 2005.

On March 10, 2005 I was placed in segregation for an alleged food strike that occurred on February 10, 2005, I was at work at this time. On May 19, 2005 I was given an incident report by SIS Lt. Pfister after two informants said I was making copies of a letter in regard to the food strike

Exibit Q

I have Never been Thru better and They refuse to show it to me. I've been placed on a 10 Month pilot program with around 37 other inmates here at FCI McKean That doesn't exist. The Warden refuses to show us a Memorandum, Program statement, or 28 CFR where such a program can be executed. I believe this was a form of Retaliation against me for filing a Complaint against Medical Personal. In (11+) eleven plus years I've Never been accused or participated in a food Strike or group demonstration. In (4) years here I've Completed over (9) Nine classes with Certificates and Was Scheduled to graduate My Culinary apprenticeship in August of 2005.

Since I was placed in Segregation on March 10, 2005 I've been complaining as to the Law Library here in Segregation That is an empty Room appx. 18×20 with a Metal table and one Book shelf with Misc. Books. No Law books, No Shepardize books, Supreme Court reporters, Program Statement, etc. are available at The (Law Library/ Empty Room). Requested Material has to be brought from The Law Library in Population and We are Only allowed 5-7 days to Review The Requested Material and This process Takes 7-10 days to get to The SHU Law Library. There are (110) inmates in Segregation. When we Finally get to the Shu Library The Requested Material is gone back to The population Law Library. This is a Clear Violation of My

Exibit Q1

Due Process and access to the Courts because FCI McKean is stopping me from Litigating My Medical Case in Erie District Court and My Criminal Sentence CA NO-02-4056. I believe This action Taken against me is a way of Hampering My access to the Courts for filing against FCI BOP Medical Personel.

In Closing I Would like to Say That if McKean's 10 Month Pilot program is exercised This Would create another clear Violation without a BOP memorandum or Program Statement. This Would Mean That I Would Spend 20 Months in Segregation because In March of 2006 I'd be eligible for a Transfer But BOP do Not Transfer Inmates under a year.

I ask for your help in This Urgent Matter or wait for someone in your office to contact me with Instructions as to any Verifications as to My Complaint. Thank you.

Sincerly,
Ernie Santiago

Ernie Santiago            Exibit Q2
#90304038
P.O. Box 8000
Bradford, PA 16701



Exibit Q3