**RICK SANTORUM**
PENNSYLVANIA

REPUBLICAN CONFERENCE
CHAIRMAN

WASHINGTON, DC
511 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-6324

COMMITTEES:
FINANCE
BANKING, HOUSING, AND URBAN AFFAIRS
AGRICULTURE, NUTRITION AND FORESTRY
RULES AND ADMINISTRATION
SPECIAL COMMITTEE ON AGING

# United States Senate

http://santorum.senate.gov

September 20, 2005

Mr. Ernie Santiago
#90304038
FCI Bradford
PO Box 8000
Bradford, Pennsylvania  16701

Dear Mr. Santiago:

Thank you for your recent correspondence. I have reviewed your information and have directed an inquiry to the appropriate officials at the Federal Bureau of Prisons.

As soon as I receive a reply, I will be in contact with you again. In the meantime, please do not hesitate to contact my Erie Regional Office if I can be helpful to you in any way.

Sincerely,

*Rick Santorum*

Rick Santorum
United States Senate

RJS:trb

Exibit R

☐ ALLENTOWN
3802 FEDERAL OFFICE BUILDING
504 WEST HAMILTON STREET
ALLENTOWN, PA 18105
(610) 770-0142

☐ ALTOONA
REGENCY SQUARE
SUITE 202
ROUTE 220 NORTH
ALTOONA, PA 16601
(814) 946-7023

☐ COUDERSPORT
81 MARVIN HILL ROAD
COUDERSPORT, PA 16915
(814) 274-9773

☐ ERIE
1705 WEST 26TH STREET
ERIE, PA 16508
(814) 454-7114

☐ HARRISBURG
555 WALNUT STREET
FIRST FLOOR
HARRISBURG, PA 17101
(717) 231-7540

☐ PHILADELPHIA
WIDENER BUILDING
ONE SOUTH PENN SQUARE
SUITE 960
PHILADELPHIA, PA 19107
(215) 864-6900

☐ PITTSBURGH
100 WEST STATION SQUARE DRIVE
LANDMARKS BUILDING
SUITE 250
PITTSBURGH, PA 15219
(412) 562-0533

☐ SCRANTON
527 LINDEN STREET
SCRANTON, PA 18503
(570) 344-8799