Dear Mr. Santorum,  September 25, 2005

Hello. Thank you for your letter of September 20th, 2005 where you inform me that you have directed an inquiry to the appropriate officials at the Federal Bureau of Prisons.

Mr. Santorum, as I stated in my August 30th, 2005 letter and I reiterate that if some one from your office contacts me with instructions as to documents I have supporting my complaint that F.C.I McKean staff refuse to copy. I mention this because there will be conflicting stories and I have original documents supporting my complaint that will enlighten you as to your actions in this matter. Thank you again and I hope to hear from you soon.

Sincerely,
Ernie Santiago

Ernie Santiago
#90304038
P.O. Box 8000
Bradford, PA 16701      Exibit S