Dear Ms Pidatala                                             8/28/05

I write you in hopes that you can assist me with a problem I'm having at FCI McKean. I don't want to take to much of your time trying to explain my siteation when after a brief explanation if you need I can forward you documents as to my complaint. Ms Pidatala I'll be as brief as I can, On May 27, 2002 after four days of complaining about a pain in my chest and after being thrown out of Medical Services by Mr Montgomery I was rushed to the Bradford Regional Hospital and stayed there for 8 days after being diagnosed with Bacterial pneumonia. On August 12, 2003 I was diagnosed positive with Staphylococcus Aureus that was determined by an outside Doctor to be related to my prior May 27, 2002 pneumonia. I was denied treatment for this infection and filed a complaint in the Western District of Pennsylvania after exhausting administrative remedies. This fueled anger towards me by FCI Medical Staff here at McKean.

On March 10, 2005 I was placed in Segragation for an alleged food strike along with over 40 other inmates. On May 19, 2005 after the SIS determined by two informants that I was making copies of a letter I never seen as to this alleged food strike I was given an Incident Report. I was at school on Feb 10, 2005 the day of the alleged food strike took action.

I along with other inmates have been placed on a 10 month pilot program here at FCI McKean that doesn't exist. The Warden here refuses to show us a memorandum

Exibit I

Program Statement or wherein The 28 CFR he is given the Authority to exercise such a program. In my four years here at FCI McKean out of (11+) eleven plus years incarcerated I have Completed more than 9 Classes with Certificates and was scheduled to graduate on August of 2005 from my Culinary apprenticeship. I have Never in eleven plus years Been Involved in a food Strike or group demonstrations. I Believe I was retaliated against for filing a complaint as to FCI McKean Medical Personal. The More Important Issue here is how FCI McKean will force me to Be here for ten months on a program That doesn't exist which By Then I'll have Six Months for a halfway house and won't Be Transfered But Instead force to Remain in Segregation for a total of close to (20) twenty Months. This is Cruel and ~~Unused~~ Unusual punishment. I trust you Can assist me in This Matter and if you Need any Papers They Can Be forwarded to you

Sincerely
E.S

Exibit I-1