

**UNITED STATES GOVERNMENT**
**memorandum**
FEDERAL BUREAU OF PRISONS
Federal Correctional Institution, McKean
Bradford, Pennsylvania

June 27, 2005

MEMORANDUM FOR ERNIE SANTIAGO
                REG. NO.: 90304-038

FROM:           Gary Grimm, Associate Warden (Programs)

SUBJECT:        Inmate Request to Staff

This is in response to your Inmate Request to Staff received in my office on June 1, 2005, in which you express concerns regarding the transfer of your personal property from the special housing unit.

Program Statement 5800.12, Receiving and Discharge Manual, section 404, states inmates **should** be present during the inventory process. Staff do make every effort to have the inmate present; however, this is not always possible. In most cases, property in the special housing unit has been reviewed by the inmate at some point and is merely being stored until the inmate is released or transferred.

I trust this information addresses your concerns.

Exibit U