IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-335E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2005, upon review and consideration of Defendant's Motion for Enlargement of Time to File a Responsive Pleading to Plaintiff's Motion for Reconsideration heretofore filed by Defendant, United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant, United States of America, shall have until November 9, 2005, within which to respond to Plaintiff's Motion for Reconsideration.


_____
UNITED STATES MAGISTRATE JUDGE

cc:  All counsel of record