IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ERNESTO SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-335E |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL D. TAFELSKI

1.    I, Michael D. Tafelski, do hereby declare that I am the Deputy Regional Counsel, Northeast Regional Office, Federal Bureau of Prisons (BOP), Philadelphia, Pennsylvania. I have been in this position since May 1997.

2.    I am familiar with the litigation activities of the Plaintiff in this matter, FCI McKean inmate Ernesto Santiago, Reg. No. 90304-038. I am also familiar with the administrative remedy process of the BOP and have access to documents maintained in the ordinary course of business with the BOP.

3.    The BOP has established an administrative remedy procedure through which inmates can seek formal review of any complaint regarding any aspect of his imprisonment. Program Statement No. 1330.13, Administrative Remedy Program is available at www.bop.gov. In order to exhaust appeals under the Administrative Remedy Procedures for Inmates, except for limited exceptions, including the appeal of a disciplinary action or sensitive issue, an inmate must first



DEFENDANT'S EXHIBIT

raise his complaint to the Warden of the institution where he is confined.  An appeal of this

decision may be made in turn to the Regional Director and to the Central Office of the Federal

Bureau of Prisons.  28 C.F.R. § 542.10, et. seq.  No administrative remedy appeal is considered

to have been finally exhausted until considered by the Bureau of Prisons Central Office.

4.      With regard to a "sensitive issue", an inmate may submit a request when the "inmate

reasonably believes the issue is sensitive and the inmate's safety or well-being would be placed

in danger if the Request became known at the institution ... "  28 C.F.R. § 542.14(d)(1).  After

such an appeal is received in the Regional Office, a determination is made as to whether the

remedy meets the high standard and therefore is accepted or is more appropriately filed at the

institution and thus rejected.   If rejected, the inmate is advised to resubmit his remedy at the

institution level.

5.      As noted above, the formal Administrative Remedy program generally has three levels.

The first level, filed at the institution, is called a "Request for Administrative Remedy" and is

commonly referred to as a BP-9.  On SENTRY (the BOP's computer system), it is noted by the

Remedy Number ending with a "-F1" (or "-F2" if the first one was rejected and the inmate

refiled).  The second level, filed at the Regional Office, is called a "Regional Administrative

Remedy Appeal" and is commonly referred to as a BP-10.  On SENTRY, it is noted by the

Remedy Number ending with a "-R1".   The third and final level, filed at the Central Office, is

called a "Central Office Administrative Remedy Appeal" and is commonly referred to as a BP-

11.  On SENTRY, it is noted by the Remedy Number ending with a "-A1".

6.      At each level of the administrative remedy process, an initial review of the inmate's submission is conducted to determine if it meets the criteria established by the federal regulations (28 C.R.F. §542.14). For example, each remedy is reviewed to determine if it is submitted to the proper level within the allotted time containing only one issue on the correct number of pages. If a remedy does not meet each of these requirements, it will be rejected and returned to the inmate with an explanation for the rejection. Each reason for a rejection has a specific code. A partial list of rejection codes (those relevant to the remedies filed by the Plaintiff) is attached as Exhibit 1.

7.      I am aware that BOP institutions, including FCI McKean, generally require an inmate to file an Informal Resolution Form (commonly referred to as a BP-8) to Unit Team staff prior to initiating the formal administrative remedy process. The filing of the Informal Resolution Form assists in resolving issues at the earliest and most appropriate level. As of August 26, 2005, FCI McKean had in place an institution supplement which establishes the requirements and accountability for processing Informal Resolution Forms at FCI McKean. The Institution Supplement details the procedures in place to assist inmates in accessing, filing, resolving, and appealing administrative remedies. For example, the Institution Supplement indicates that if a BP-8 can not be resolved, the inmate should be provided a Request for Administrative Remedy form (BP-9). A copy of the Institution Supplement is attached as Exhibit 2.

8.      I have reviewed the computerized indexes of all 36 administrative remedies filed by Petitioner while in the custody of the BOP at FCI McKean. The BOP is not required to maintain

copies of rejected administrative remedies.  Attached as Exhibit 3 is the sanitized, computerized

print out of each Administrative Remedy filed by the Plaintiff since his arrival at FCI McKean.


9.      This review indicates that Plaintiff has successfully filed a number of administrative

remedies at each level of the process. It also indicates that he has had a number of remedies

rejected for not filing in accordance with the requirements related to filing at the proper level or

with the proper attachments.


10.     I have also reviewed SENTRY and determined that on or about October 5, 2005, the

Plaintiff was found to have committed the BOP's prohibited act of engaging in or encouraging a

group demonstration by his actions of making copies of a letter telling other inmates not to attend

lunch on February 10, 2005.  I am aware that the Plaintiff has filed a Regional Administrative

Remedy Appeal (Appeal No. 392443-R1) which is pending.  A response is due on or before

November 18, 2005.


11.     I am also aware that as of at least November 8, 2005, the Plaintiff has been assigned a

new Unit Manager.  I am also aware that as of November 9, 2005, the Law Library in the Special

Housing Unit at FCI McKean contains a storage locker, with padlock accessible by the Unit

Officer.  This locker will be used by the Education Department to store documents requested by

SHU inmates from the Main Law Library.  Each inmate's request will be placed in an individual

folder, placed in the locker, and secured until retrieved by the Housing Unit Officer for delivery

to the inmate.


-4-

12.    The Plaintiff was placed in the Special Housing Unit at FCI McKean on Administrative

Detention status on March 10, 2005.  This placement precipitated by his actions referenced in

paragraph 10 above of engaging in or encouraging a group demonstration by his actions of

making copies of a letter telling other inmates not to attend lunch on February 10, 2005.  A copy

of the Administrative Detention Order issued to the Plaintiff on that date is attached as Exhibit 4.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the

foregoing is true and correct.

Dated: November 15, 2005

Michael D. Tateski
Deputy Regional Counsel
Northeast Regional Office
Federal Bureau of Prisons

# EXHIBIT 1

## STATUS REASON TABLE

(Partial list compiled from TRM 1301.02,
October 3, 1997, Part 2, Section E)

| STATUS CODE | REASON CODE | DESCRIPTION |
|---|---|---|
| REJ | DHR | YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT YOUR APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE YOU RECEIVE THE DHO'S DECISION. |
| REJ | INF | YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION. |
| REJ | INS | YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL AT THIS LEVEL. |
| REJ | ONE | YOU MAY ONLY SUBMIT UP TO ONE LETTER-SIZE (8 1/2" X 11") CONTINUATION PAGE. |
| REJ | OTH | SEE REMARKS. |
| REJ | RSA | YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 15 DAYS OF THE DATE OF THIS REJECTION NOTICE. |
| REJ | RSF | YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN 5 DAYS OF THE DATE OF THIS REJECTION NOTICE. |
| REJ | RSR | YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE. |

REJ     SEN     THE ISSUE YOU RAISE IS NOT A SENSITIVE ISSUE.
                YOUR REQUEST/APPEAL IS NOT BEING RETURNED TO
                YOU IN ACCORDANCE WITH POLICY.


REJ     WRL     YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                WRONG LEVEL OR WRONG OFFICE.

# EXHIBIT 2



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
McKean, PA 16701

# Institution Supplement

OPI: Camp Administrator/Executive Assistant
NUMBER: 1330.13b
DATE: August 26, 2005
SUBJECT: **ADMINISTRATIVE REMEDY PROCEDURES FOR INMATES**

1. **PURPOSE:** Administrative Remedy Procedures at the Federal Correctional Institution (FCI), and the Federal Prison Camp (FPC), McKean will be established through this Supplement.

2. **DIRECTIVES AFFECTED:**
   a. Directive Rescinded:
      I.S. 1330.13, Administrative Remedy Procedures for Inmates, dated September 30, 2004.

   b. Directive Referenced:
      P.S. 1330.13, Administrative Remedy Procedures for Inmates

3. **RESPONSIBILITIES:** The Camp Administrator/Executive Assistant is the coordinator of the Administrative Remedy Program.

   The Warden's Secretary is designated as the Administrative Remedy Clerk.

**DISTRIBUTION:**
Master File
Executive Staff
Department Heads
AFGE Local

4.      **PROCEDURES FOR FILING:**

**Informal Resolution Procedures:**

a.      The Correctional Counselor shall have the primary responsibility of coordinating the Administrative Remedy process in the informal resolution stage. When a Correctional Counselor is unavailable or is the subject of the informal resolution, the Unit Manager will assign another unit staff member to attempt informal resolution. Before the Correctional Counselor or other unit staff member provides an inmate with an Administrative Remedy Form, (BP-229), ordinarily informal resolution must first be attempted by the inmate presenting his issue to his Correctional Counselor. The Correctional Counselor will act as the liaison between the inmate and staff in an effort to resolve the concerns. In the informal resolution process, Correctional Counselors will assign tracking numbers prior to providing an inmate a copy of Attachment A. The inmate will complete section (1) with a clearly stated, one or two sentence statement of their concern. Section (2) will contain a specific request for relief. In the informal resolution process, Correctional Counselors will document the efforts taken by the Correctional Counselor, inmate, and other staff by completing the Informal Resolution Form (Attachment A). The Unit Manager will review and sign Attachment A, certifying that good faith efforts were attempted to resolve the inmate's complaint. Correctional Counselors and other staff are granted a high degree of discretion in creating informal resolutions to inmate complaints. The Correctional Counselor will document in detailed summary any proposed resolutions presented to the inmate. Ordinarily, the informal resolution will be completed within seven (7) calendar days.

b.      If a complaint is informally resolved, the inmate will date and sign the Informal Resolution Form, thereby indicating his satisfaction and agreement with the efforts of staff regarding his complaint. The agreed upon resolution must be clearly stated on the Informal Resolution Form. The Informal Resolution Form will be retained by the Correctional Counselor for future reference. The inmate may be given a copy of the informal resolution if requested.

c.      An Administrative Remedy Log will be maintained by each unit. Each Administrative Remedy form and Informal Resolution form issued by the Counselor will be recorded on Attachment B.

d.      If the Correctional Counselor and the inmate are unsuccessful in their attempts at informal resolution, the Correctional Counselor shall then issue the inmate an Administrative Remedy Form (BP-229). Once reviewed by the Unit Manager, unit staff shall hand deliver this form, along with the Informal Resolution Form, to the office of the Administrative Remedy Clerk, on the same day, excluding weekends and holidays.

e.      Inmates are not required to attempt informal resolution of a UDC action. If an Inmate appeals a UDC action, the Correctional Counselor will forward the entire

MCK 1330.13b - ADMINISTRATIVE REMEDY PROCEDURES FOR INMATES
Page 3
August 26, 2005

UDC packet and other documents used in the UDC hearing to the
Administrative Remedy Clerk together with the inmate's appeal.

**Filing the Request for Administrative Remedy** - The procedure, as indicated
below, should be followed in order to ensure accurate and expedient handling of
Requests for Administrative Remedies.

a.  The Administrative Remedy Clerk shall date all remedies upon receipt. Once
    an Administrative Remedy has been logged into SENTRY, a SENTRY receipt
    will automatically be generated. The Unit Secretary will check SENTRY daily.
    All receipts will be printed by the Unit Secretary and routed daily to the inmate.
    Once printed, the receipt can be deleted by the Unit Secretary.

b.  The Administrative Remedy Clerk or Coordinator will send a request for
    investigation to a department head through their supervisor. The Administrative
    Remedy Coordinator may, at his/her discretion, assign a staff member of
    another department to investigate a specific allegation. The assigned
    investigator will conduct an investigation into the inmate's complaint. Each
    investigation will be due within seven (7) working days upon receipt.

c.  Upon completion of the investigation and response preparation, the staff
    member will provide a copy of the response and the investigative report, along
    with any additional documents supporting the investigation, will be returned to
    the Administrative Remedy Clerk.

d.  After review by the Clerk and appropriate Associate Warden, the draft response
    will be forwarded to the Administrative Remedy Coordinator for review. The
    assigned investigator will type the final response for the Warden's signature.

e.  Any requests for extension of time to complete an investigation on a Request
    for Administrative Remedy, must be approved by the Administrative Remedy
    Coordinator. Requests for extension shall be the responsibility of the
    Department Head.

f.  The final signed response to the inmate will be routed through regular institution
    mail.

g.  If an inmate wishes to withdraw his Administrative Remedy and stop all action
    on his complaint, he must state so in writing. The inmate should contact his
    respective Correctional Counselor. The inmate should write a statement on the
    BP-229 issued indicating he no longer desires to pursue his complaint and
    requests withdrawal of his Administrative Remedy. The inmate should date
    and sign his name under his statement. The inmate's signature should be
    witnessed by at least one (1) staff member, who shall likewise date and sign
    the withdrawal statement. All copies of the Administrative Remedy Form, will
    be filed by the Administrative Remedy Clerk.

**Administrative Remedy Appeals:** In the event an inmate is dissatisfied with the

MCK 1330.13b - ADMINISTRATIVE REMEDY PROCEDURES FOR INMATES
Page 4
August 26, 2005

response he receives to an Administrative Remedy, appeal forms to the Regional
Office (BP-230) or the Central Office (BP-231) may be obtained from the Correctional
Counselor.

James F. Sherman, Warden

MCK 1330.13b
August 26, 2005
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM

Bureau of Prisons' Program Statement 1330.13, Administrative Remedy Procedures for Inmates, states, "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER:_____

INMATE'S NAME:_____ NO._____ UNIT_____

1. Specific Complaint:_____

_____

_____

2. Relief Requested:_____

_____

_____

3. Date/Time Complaint received from inmate:_____

4. Date/Time Informally discussed with inmate:_____

5. Staff Response:_____

_____

_____

6. Date Administrative Remedy provided:_____

7. Informal Resolution was / was not  accomplished.

_____          _____
Inmate's Signature/Register No.          Date

_____          _____
STAFF MEMBER'S NAME & TITLE          DATE

_____          _____
UNIT MANAGER'S SIGNATURE          DATE

The Unit Manager, by signing above, certifies that good faith efforts were attempted to resolve this inmate's complaint.

DISTRIBUTION:  If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference.  If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.

ADMINISTRATIVE REMEDY
UNIT LOG

UNIT _____

| INMATE'S NAME | REGISTER NUMBER | INFORMAL RESOLUTION NUMBER | DATE ISSUED | DATE RESPONSE GIVEN TO INMATE | DATE BP - 9 ISSUED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FCI McKean
## BP-229 Investigative Materials

Investigator:                                              Date:

Person(s) Interviewed:

Summary of Interview:

Policy Referenced:

Additional Pertinent Information:

## Signature of Investigator:

The information and any notes that you may wish to attach will be retained by the Associate Wardens' Secretary
to assist if additional information is needed for regional or national appeals.

On appeals of disciplinary committee actions, you must document consideration of the following:
a. Whether there was substantial compliance with regulations on inmate discipline;
b. Whether decisions are based upon substantial evidence;
c. Whether the sanction was in accordance with the disciplinary severity scale;
d. Provide a copy of the incident report and investigation with the written response.

**EXHIBIT 3**

```
   NERFL            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 001 OF 001                                                         14:43:06
       FUNCTION: L-P SCOPE: REG   EQ 90304-038    OUTPUT FORMAT: SAN_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 05-25-2001 THRU 12-31-2001 DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     _____     _____     _____     _____     _____
TRACK:  DEPT: ____   _____   _____   _____   _____   _____
       PERSON: ____    _____    _____    _____    _____    _____
         TYPE: ____    _____    _____    _____    _____    _____
EVNT FACL: EQ ____    _____    _____    _____    _____    _____
RCV FACL.: EQ ____    _____    _____    _____    _____    _____
RCV UN/LC: EQ _____  _____  _____  _____  _____  _____
RCV QTR..: EQ _____  _____  _____  _____  _____  _____
ORIG FACL: EQ ____    _____    _____    _____    _____    _____
ORG UN/LC: EQ _____  _____  _____  _____  _____  _____
ORIG QTR.: EQ _____  _____  _____  _____  _____  _____


G5102       NO DATA WAS SELECTED FOR THE ABOVE SELECTION CRITERIA
```

```
   NERFL           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 001 OF                                                              14:45:21
       FUNCTION: L-P SCOPE: REG    EQ 90304-038      OUTPUT FORMAT: SAN_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------

DT RCV: FROM 01-01-2002 THRU 12-31-2002 DT STS: FROM _____ THRU _____

DT STS: FROM ___ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ _____ _____ ____ _____ _____ ____ _____ _____ _____

SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

EXTENDED: _ REMEDY LEVEL: _ _        RECEIPT: _ _ _ "OR" EXTENSION: _ _ _

RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____

      PERSON: ____       ____       ____       ____       ____       ____
        TYPE: ____       ____       ____       ____       ____       ____
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____

RCV QTR..: EQ _____ _____ _____ _____ _____ _____

ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____

ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERFL          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     11-15-2005
PAGE 002 OF 002 *              SANITIZED FORMAT                *     14:45:21

REMEDY-ID    SUBJ1/SUBJ2   ----------   -------ABSTRACT----------------------

             RCV-OFC      RCV-FACL      DATE-RCV       STATUS      STATUS-DATE

271218-F1    34ZM/26BM    STAFF COMPLAINT/REC'D INADEQUATE MEDICAL TREATMENT
             MCK           MCK          06-24-2002        CLD      07-12-2002

271218-R1    34ZM/26BM    STAFF COMPLAINT/REC'D INADEQUATE MEDICAL TREATMENT
             NER           MCK          07-29-2002        REJ      08-02-2002

271218-R2    34ZM/26BM    STAFF COMPLAINT/REC'D INADEQUATE MEDICAL TREATMENT
             NER           MCK          08-13-2002        CLD      09-10-2002

271218-A1    26BM/34ZM    STAFF COMPLAINT/REC'D INADEQUATE MEDICAL TREATMENT
             BOP           MCK          10-09-2002        CLD      11-13-2002
```

```
              4 REMEDY SUBMISSION(S) SELECTED
   G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

```
  NERFL            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 001 OF                                                            14:45:32
    FUNCTION: L-P SCOPE: REG    EQ 90304-038      OUTPUT FORMAT: SAN_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------

DT RCV: FROM 01-01-2003 THRU 12-31-2003 DT STS: FROM _____ THRU _____

DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____

SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _

RCV OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: _____  _____   _____   _____   _____   _____

       PERSON: ____     ____       ____       ____       ____       ____
         TYPE: ____     ____       ____       ____       ____       ____
EVNT FACL: EQ ____      ____       ____       ____       ____       ____
RCV FACL.: EQ ____      ____       ____       ____       ____       ____
RCV UN/LC: EQ _____  _____   _____   _____   _____   _____

RCV QTR..: EQ _____  _____   _____   _____   _____   _____

ORIG FACL: EQ ____      ____       ____       ____       ____       ____
ORG UN/LC: EQ _____  _____   _____   _____   _____   _____

ORIG QTR.: EQ _____  _____   _____   _____   _____   _____



G0002       MORE PAGES TO FOLLOW . . .
```

```
   NERFL           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 002 OF 002 *                  SANITIZED FORMAT              *      14:45:32

REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT--------------------------

               RCV-OFC       RCV-FACL     DATE-RCV        STATUS      STATUS-DATE

317893-F1      26BM/         INADEQUATE CARE FOR MEDICAL CONDITION (LIP)
               MCK           MCK          11-25-2003       REJ         11-28-2003

317893-F2      26BM/         INADEQUATE CARE FOR MEDICAL CONDITION (LIP)
               MCK           MCK          12-09-2003       CLD         12-31-2003

320147-F1      21AM/         APPEAL UDC SANCTION / 12-12-2003, CODE 317
               MCK           MCK          12-14-2003       CLD         01-06-2004



                        3 REMEDY SUBMISSION(S) SELECTED
   G0000            TRANSACTION SUCCESSFULLY COMPLETED
```

```
   NERFL          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        11-15-2005
PAGE 001 OF                                                             14:45:41
     FUNCTION: L-P SCOPE: REG   EQ 90304-038    OUTPUT FORMAT: SAN_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------

DT RCV: FROM 01-01-2004 THRU 12-31-2004 DT STS: FROM _____ THRU _____

DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _

RCV  OFC : EQ ____        ____        ____        ____        ____        ____
TRACK:  DEPT: _____   _____   _____   _____   _____   _____

       PERSON:  ____      ____      ____      ____      ____      ____
         TYPE:  ____      ____      ____      ____      ____      ____
EVNT FACL: EQ ____        ____        ____        ____        ____        ____
RCV  FACL.: EQ ____        ____        ____        ____        ____        ____
RCV  UN/LC: EQ ____        ____        ____        ____        ____        ____

RCV QTR..: EQ _____   _____   _____   _____   _____   _____

ORIG FACL: EQ ____        ____        ____        ____        ____        ____
ORG UN/LC: EQ _____   _____   _____   _____   _____   _____

ORIG QTR.: EQ _____   _____   _____   _____   _____   _____



      G0002        MORE PAGES TO FOLLOW . . .
```

```
     NERFL              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
  PAGE 002 OF 002 *                   SANITIZED FORMAT                *      14:45:41

  REMEDY-ID    SUBJ1/SUBJ2   --------------      -ABSTRACT-----------------------

               RCV-OFC      RCV-FACL      DATE-RCV        STATUS      STATUS-DATE

  317893-R1    26BM/        INADEQUATE CARE FOR MEDICAL CONDITION (LIP)
               NER              MCK        01-13-2004        CLD       02-12-2004

  320147-R1    21AM/        APPEAL UDC SANCTION / 12-12-2003, CODE 317
               NER              MCK        01-26-2004        CLG       02-24-2004

  324628-F1    26BM/        REQUEST VARIOUS CULTURE TESTS/INADEQUATE MED CARE
               MCK              MCK        02-13-2004        REJ       02-13-2004

  324628-F2    26BM/        REQUEST VARIOUS CULTURE TESTS/INADEQUATE MED CARE
               MCK              MCK        02-18-2004        CLD       03-02-2004

  317893-A1    26BM/        INADEQUATE CARE FOR MEDICAL CONDITION (LIP)
               BOP              MCK        03-08-2004        REJ       03-08-2004

  317893-A2    26BM/        INADEQUATE CARE FOR MEDICAL CONDITION (LIP)
               BOP              MCK        03-30-2004        CLD       06-02-2004

  332585-F1    33GM/        REQUEST TO RETAIN LEGAL DOCUMENTS
               MCK              MCK        04-23-2004        CLD       05-12-2004

  332585-R1    33GM/        REQUEST TO RETAIN LEGAL DOCUMENTS
               NER              MCK        05-24-2004        CLD       06-22-2004

  337602-F1    31ZM/        RECALCULATE GOOD CONDUCT TIME
               MCK              MCK        06-09-2004        CLD       06-24-2004

  337602-R1    31ZM/        RECALCULATE GOOD CONDUCT TIME
               NER              MCK        07-13-2004        CLD       08-09-2004

  332585-A1    33GM/        REQUEST TO RETAIN LEGAL DOCUMENTS
               BOP              MCK        07-19-2004        CLO       01-19-2005

  337602-A1    31ZM/        54 DAY GCT ISSUE (WHITE DECISION)
               BOP              MCK        08-23-2004        CLD       10-20-2004
```

```
   NERFL          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 001 OF                                                          14:46:01
      FUNCTION: L-P SCOPE: REG    EQ 90304-038    OUTPUT FORMAT: SAN_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------

DT RCV: FROM 01-01-2005 THRU 11-15-2005 DT STS: FROM _____ THRU _____

DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _

RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____  _____  _____  _____  _____  _____

        PERSON: ____     ____      ____      ____      ____      ____
          TYPE: ____     ____      ____      ____      ____      ____
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____  _____  _____  _____  _____  _____

RCV QTR..: EQ _____  _____  _____  _____  _____  _____

ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____  _____  _____  _____  _____  _____

ORIG QTR.: EQ _____  _____  _____  _____  _____  _____



   G0002        MORE PAGES TO FOLLOW . . .
```

```
  NERFL           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 002 OF       *              SANITIZED FORMAT              *      14:46:01

REMEDY-ID     SUBJ1/SUBJ2   --------------------ABSTRACT--------------------

              RCV-OFC    RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

377258-R1     22ZS/34ZS  STAFF COMPLAINT RE: SHU PLACEMENT/DHO APPEAL
                 NER      MCK        05-18-2005      REJ       05-24-2005

377655-F1     22AS/      SHU PLACEMENT/RELEASE
                 MCK      MCK        05-19-2005      CLD       06-14-2005

377655-R1     22AS/      SHU PLACEMENT/RELEASE
                 NER      MCK        06-29-2005      CLD       07-26-2005

384261-F1     33AS/34ZS  SHU LAW LIBRARY BOOKS & STAFF COMPLAINT
                 MCK      MCK        07-27-2005      REJ       08-02-2005

384261-F2     33AS/34ZS  SHU LAW LIBRARY BOOKS & STAFF COMPLAINT
                 MCK      MCK        08-12-2005      REJ       08-23-2005

377655-A1     22AS/      SHU PLACEMENT/RELEASE
                 BOP      MCK        08-15-2005      CLD       10-25-2005

387543-R1     33HS/      NO RESPONSES TO BP-8'S
                 NER      MCK        08-31-2005      REJ       09-02-2005

387545-R1     33FS/34AS  LEGAL MAIL INSPECTED OUT OF INMATE'S PRESENCE
                 NER      MCK        08-31-2005      REJ       09-02-2005

384261-R1     33AS/34ZS  SHU LAW LIBRARY BOOKS & STAFF COMPLAINT
                 NER      MCK        08-31-2005      REJ       09-02-2005

384261-A1     33AS/34ZS  SHU LAW LIBRARY BOOKS & STAFF COMPLAINT
                 BOP      MCK        09-26-2005      REJ       09-28-2005

392443-R1     20DS/      APPEALS 10-05-05 DHO FOR 212
                 NER      MCK        10-19-2005      ACC       10-19-2005

392819-R1     21AS/      APPEALS 10/20/05 UDC ACTION FOR 307
                 NER      MCK        10-21-2005      REJ       10-25-2005

384261-F3     33AS/34ZS  SHU LAW LIBRARY BOOKS & STAFF COMPLAINT
                 MCK      MCK        10-21-2005      ACC       11-04-2005

387545-F1     33FS/34AS  LEGAL MAIL INSPECTED OUT OF INMATE'S PRESENCE
                 MCK      MCK        10-21-2005      CLO       11-10-2005

393984-F1     33HS/34ZS  STAFF APOLOGY/RESPONSES TO BP-8S & BP-9S REQUEST
                 MCK      MCK        10-21-2005      CLD       11-09-2005

393989-F1     33FM/      POLICY ON MAILING OUT LEGAL MAIL
                 MCK      MCK        10-21-2005      ACC       11-04-2005

  G0002        MORE PAGES TO FOLLOW . . .
```

```
    NERFL           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-15-2005
PAGE 003 OF 003 *                  SANITIZED FORMAT                *      14:46:01

  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------

                 RCV-OFC      RCV-FACL      DATE-RCV        STATUS     STATUS-DATE

 394021-F1       21AS/       APPEAL UDC / 10-20-2005, CODE 307
                  MCK          MCK          11-01-2005       ACC         11-04-2005
```

17 REMEDY SUBMISSION(S) SELECTED

G0000          TRANSACTION SUCCESSFULLY COMPLETED

**EXHIBIT 4**

BP-S308.052                    **ADMINISTRATIVE DETENTION ORDER**          CDFRMMAY 94
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

FCI MCKEAN, PENNSYLVANIA
Institution
Date/Time: 03-10-2005/ 1200AM

TO    : Special Housing Unit Officer

FROM  : R. THOMPSON/ LIEUTENANT_____ , (Name/Title)

SUBJECT : Placement of SANTIAGO       [UNIT D-A] , Reg. No. 90304-038 , in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
_X_  (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
_____ (d) Is to be admitted to Administrative Detention
         _____ (1) Since the inmate has requested admission for protection;

    I hereby request placement in Administrative Detention for my own protection.
         Inmate Signature/Register No.: _____

         Staff Witness Printed Name Signature: _____

         _____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not
                 requested admission; referral of the necessary information will be forwarded to the UDC/DHO for
                 appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by
         the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general
population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the
institution because*
YOU ARE BEING PLACED IN  ADMINISTRATIVE DETENTION PENDING AN SIS INVESTIGATION FOR ENCOURAGING
A GROUP DEMONSTRATION.
Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a
copy of this Order on (date / time): 03-10-2005/1200 AM.
Staff Witness Signature/Printed Name _____ R. DORIAN/LIEUTENANT_____ Date 03-10-2005
*In the case of DHO action, reference to that order is sufficient.  In other cases, the officer will make an independent
review and decision, which is documented here.
Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager;
Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                              Replaces BP-308(52) of JAN 88