## BP 8 ½ RESPONSE

**INMATE:**   Santiago, E.   # 90304-038   DATE: 10-04-2005

You claim that your BP 8 on the issue of the law library in SHU was not answered and Mr. Strade is still harassing you. I have already answered your BP 8 on this issue and I have talked t Mr. Strade and he has informed me that he is taking care of your needs when you make him awa of what it is you are looking for and he is not harassing you. I have included a copy of the last response that I provided you on this subject. Your request is denied.

You claim that Education will not provide you with your own copy of 28 CFR while you are in SHU. I have contacted Education concerning your complainant and they have informed me that you were told that the law library in SHU has a copy of 28 CFR and you can review it any time you are in the law library in SHU. Your request is denied.

Doug Glenn, Counselor D-A



DEFENDANT'S EXHIBIT 2