**Procedures to Request Legal Material From the Main Law Library**

1. To review legal material which is available in the Main Law Library and not in the Basic Law Library located in the Special Housing Unit (SHU), you must submit a written request to the Education Technician. A list of legal materials available to inmates housed in the Special Housing Unit is contained in Program Statement 1315.07, <u>Inmate Legal Activities</u>, Attachment A, Page 1. The SHU law library also contains a copy of the Main Law Library inventory, which list materials maintained in the institutions Main Law Library

2. The requested legal material will be photocopied and placed in a cage located in the Special Housing Unit Law Library. The legal material will be put in a folder with the requesting inmates name and registration number on the front. Inmates will be notified by the Education Technician or Education staff, that the requested material is available for their viewing. You must submit a cop-out to SHU staff requesting to use the SHU Law Library. Your name will be added to the waiting list, and SHU staff will place you in the library. Special Housing Unit staff will remove the inmates folder prior to him being placed in the SHU Law Library and place it on the desk in the library. The inmate will then be placed in the SHU Law Library and allowed to view his requested material. Once the inmate is finished using the library, SHU staff will return the material to the cage. No legal material is to be removed from the library and allowed in the SHU cells.

3. Institution program statements codified in the Code of Federal Regulations Title 28 chapters III and V are also available upon request. Documents not codified in Title 28 can be requested under Freedom of Information Act and privacy Act (FOIA/PA) procedures outlined in Program Statement 1351.04 <u>Release of Information</u>.

4. To review the **CRIMINAL LAW REPORTER AND COMPLETE MANUAL OF FORMS** you must submit a written request to the Education Technician. The Criminal Law Reporter is maintained in the Education Department and the current issues are available for your viewing. Legal forms contained in the Complete Manual of Forms and the <u>Federal Civil Judicial Procedures and Rules</u> are not Bureau of Prisons forms. The format for you to follow is contained within these legal reference materials which are stored in the SHU law Library.


DEFENDANT'S EXHIBIT 3