## BP 8 ½ RESPONSE

__INMATE:__   Santiago, E.   # 90304-038   DATE: 10-04-2005

You claim that I will not answer any of your BP 8's that you have turned in. I have answered a of the BP 8's that I received form you. In the future I would hand all BP 8's or 9's in to any unit team member and not send them threw the mail.

_____
Doug Glenn, Counselor D-A

DEFENDANT'S EXHIBIT 5