## BP 8 ½ RESPONSE

**INMATE:**   Santiago, E.   # 90304-038   DATE: 10-04-2005

You have requested to see a memorandum or program statement on anything that has to do with legal mail that's over a pound. You have filed a BP 8 requesting this information and the proper form for this request is a request to a staff member form ( Cop-out ). This form should be filed out and turned in to Mr. Strade. This BP 8 is being rejected.

*[signature]*
Doug Glenn, Counselor D-A

DEFENDANT'S EXHIBIT 6