## BP 8 ½ RESPONSE

**INMATE:**   Santiago, E.   # 90304-038   DATE: 10-04-2005

You have turned in a BP 8 stating that Deanna Tronetti shoved your paperwork back in your fac and refused to look threw your legal work so you could mail it out. I spoke with Deanna Trone and she informed me that you were being insolent and in the future you will receive a incident report for your actions. This BP 8 is denied.

                                                                              Doug Glenn, Counselor D-A



DEFENDANT'S EXHIBIT 8