IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-335E |
| | ) | |
| 5. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

### **O R D E R**

AND NOW, to wit, this _____ day of _____, 2005, upon consideration and review of the Defendant's Response in Opposition to Plaintiff's Motion for Reconsideration heretofore filed by Defendant, United States of America, IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration is DENIED.

                                                                                                             _____
                                                                 UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record