# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ernesto Santiago )
)
)
Plaintiff )
vs. )  No.  CA 04-335 Erie
United States of America )
)
)
Defendant )

HEARING ON  November 16, 2005

Before  U. S. Magistrate Judge Susan Paradise Baxter

Ernesto Santiago, pro se

Appear for Plaintiff

Paul Skirtich, Esq., AUSA
Mike Tafelski, Esq., Reg. Counsel BOP
Chuck Kindervator, Case Mgmt Counselor
Appear for Defendant

Hearing Begun  10:55

Hearing Adjourned to  11:24

Hearing concluded C.A.V.

Stenographer Ron Bench
CD:       Index:

WITNESSES
For Plaintiff                                                          For Defendant

Motion for Reconsideration [Document #29] is DENIED. Motion to Order Immediate Transfer of Plaintiff [Document #36] construed as motion for TRO. R+R on the record, recommending denial of motion.

Pre-trial Statement by Defendants is delinquent & should be filed immediately.

Because no dispositive motions have been filed and the deadline for doing so has passed, this case is referred to J. McLaughlin for trial. Trial is set for the week of January 23, 2006.

*[signature]*
Law-clerk