IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ERNESTO SANTIAGO,
        Plaintiff


        v.                CIVIL ACTION NO. 04-335 ERIE


UNITED STATES OF AMERICA,
        Defendant


MAGISTRATE JUDGE'S REPORT & RECOMMENDATION


Proceedings held before the HONORABLE

SUSAN PARADISE BAXTER, U.S. Magistrate Judge,

in Judge's Chambers, U.S. Courthouse, Erie,

Pennsylvania, on Wednesday, November 16, 2005.


APPEARANCES:
        ERNESTO SANTIAGO, Plaintiff herein, (via Phone),
        appearing Pro Se.

        PAUL SKIRTICH, Assistant United States Attorney,

(via Phone), appearing on behalf of the

Defendant.




Ronald J. Bench, RMR - Official Court Reporter




2


1          P R O C E E D I N G S

2

3          (Whereupon, the following excerpt of proceedings was

4   held on Wednesday, November 16, 2005.)

5

6          THE COURT:  All right.  I'm ready to rule on the

7   motion to order immediate Transfer of plaintiff as he continues

8   grave retaliation.  This is my report and recommendation.  My

9   recommendation is that the motion to order immediate transfer

10   in the form of a motion for preliminary injunction be denied.

11          My reasoning is as follows.  There are four factors

12   that must be shown for the issuance of a temporary restraining

13   order, which are the same as those required to issue a

14  preliminary injunction.  I cite the case Fink_v._Supreme_Court
    ____ __ _____ _____

15  of_Pennsylvania, 646 F.Supp. 569, 570 (M.D.Pa. 1986).  To
    __ _____

16  obtain a preliminary injunction, the District Court must

17  consider:  (1) the likelihood of success on the merits; (2) the

18  extent of irreparable injury from the alleged misconduct;

19  (3) the extent of harm to the movant; and (4) the effect on

20  public interest.  I cite the case of Clean_Ocean_Action_v.
    _____ _____ _____ __

21  York, 57 F.3d 328, 331 (3rd Cir. 1995).
    ____

22          If the record does not support a finding of both

23  irreparable injury and a likelihood of success on the merits,

24  then a preliminary injunction cannot be granted.  I cite the

25  case Marxe_v._Jackson, 833 F.2d 1121 (3rd Cir. 1987).
    _____ __ _____


                                3


1           This case does not support a finding of the

2  likelihood of success on the merits for at least two reasons.

3           First, the claims that underlie this case are a

4  Federal Tort Claim Act case on a medical issue against the

5  United States only.  The claims in the motion for transfer are

6  against other defendants and involve other claims that are not

7  part of the underlying case.

8         Secondly, the request for the court to issue an

9  immediate transfer to another institution goes beyond the

10  authority of the court to intervene in BOP affairs.

11        Therefore, I recommend that the motion for

12  preliminary injunction be denied.

13        I have given the plaintiff notice that he can in

14  fact file a lawsuit on the claims inside the motion for

15  injunctive relief, if he so desires.

16        He also has 10 days from today's date within which

17  to appeal this, within which to object to this recommendation.

18  And that objection would go to the district judge for final

19  decision, Mr. Santiago.

20        That ends my report and recommendation on docket

21  entry number 36.

22

23                - - -

24

25

1                    C E R T I F I C A T E

          _ _ _ _ _ _ _ _ _ _ _

2

3

4        I, Ronald J. Bench, certify that the foregoing is a

5   correct transcript from the record of proceedings in the

6   above-entitled matter.

7

8

9

10   _____

11   Ronald J. Bench

12

13

14

15

16

17

18

19

20

21

22

23

24

25