# IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ernesto Santiago

**Plaintiff**

vs.   No. CA 04-335 Erie

U.S.A.

**Defendant**

HEARING ON Telephonic Status Conference / Mtn Seeking Declaratory Jgmt.

Held on 12-7-05

Before Judge Sean J. McLaughlin

Pro Se / Paul Skirtich

Appear for Plaintiff / Appear for Defendant

Hearing begun 1:31 p.m.   Hearing adjourned to 2:02 p.m.

Hearing concluded C.A.V. _____   Stenographer Ron Bench

Clerk N/A

**WITNESSES:**

Non-jury trial is cancelled for the week of January 23, 2005
Non-jury trial scheduled for - date not certain.

For Plaintiff / For Defendant

Motion Seeking Declaratory Judgment is DENIED as Moot

Δ's PTS will be filed ~~otherwise~~ week; Another Status Conf. will be scheduled accordingly.