IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-335 Erie |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 22nd day of December, 2005, and upon consideration of the Plaintiff, Ernesto Santiago's Appeal of Magistrate Judge Susan Paradise Baxter's oral Report and Recommendation entered on the record on November 16, 2005 [Doc. No. 40] recommending that his Motion for Immediate Transfer [Doc. No. 36] be denied, and that his Motion for Reconsideration [Doc. No. 29] be denied,

IT IS HEREBY ORDERED that the Appeal [Doc. No. 42] is DENIED, and the oral Report and Recommendation is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge

1