IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-335 ERIE |
| | ) |
| THE UNITED STATES OF AMERICA, | )   JUDGE McLAUGHLIN/ |
| | )   MAGISTRATE JUDGE BAXTER |
| Defendant. | ) |

**ORDER**

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion for Summary Judgment heretofore filed by Defendant, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint of Plaintiff is hereby dismissed with prejudice.

 

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record