CLOSED

# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:00-cv-00232-SJM

NYHUIS v. USA
Assigned to: Judge Sean J. McLaughlin
Demand: $0
Cause: 42:1983pr Prisoner Civil Rights

Date Filed: 08/04/2000
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**DOUGLAS NYHUIS**   represented by   **DOUGLAS NYHUIS**
06548-040
FCI Loretto
P.O. Box 1000
Loretto, PA 15940
PRO SE

**Alan J. Natalie**
504 State Street
Suite 300
Erie, PA 16501
(814) 455-7467
*TERMINATED: 09/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**   represented by   **Christy C. Wiegand**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 894-7452
Email: christy.wiegand@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Schleich Irwin**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 644-3500

Email: Laura.Irwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2000 | 1 | MOTION by DOUGLAS NYHUIS to Proceed in Forma Pauperis with Proposed Order. (mad) (Entered: 08/07/2000) |
| 08/10/2000 | 2 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and the Clerk is directed to file the complaint. Plaintiff's initial filing fee is $91.88. Within twenty (20) days plaintiff shall authorize payment of the initial filing fee in the amount of $91.88, together with subsequent monthly installments, by returning to the court one of two attached copies of the notice with the AUTHORIZATION section signed, or shall indicate his intention to withdraw the action by returning the notice with the WITHDRAWAL OF ACTION section signed. ( signed by Magistrate Judge Susan P. Baxter on 8/9/00 ) CM all parties of record. (lrw) (Entered: 08/10/2000) |
| 08/10/2000 | 3 | COMPLAINT with summons issued; jury demand (lrw) (Entered: 08/10/2000) |
| 08/21/2000 | 4 | AUTHORIZATION by DOUGLAS NYHUIS permitting withdraw of prison account funds to pay filing fee. (mad) (Entered: 08/21/2000) |
| 08/28/2000 | | COPY of Authorization sent to FCI McKean (lrw) (Entered: 08/28/2000) |
| 09/21/2000 | 5 | NOTICE of change of address by DOUGLAS NYHUIS as follows: PO Box 1000, Loretto, PA 15940. (mad) Modified on 09/26/2000 (Entered: 09/22/2000) |
| 09/06/2001 | 6 | ORDER, that on or before 10/5/01, Pltf shall to Show Cause for his failure to make payment of the required filing fee as ordered or suffer dismissal of this action for failure to prosecute. , Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 9/6/01 ) CM all parties of record. (mad) Modified on 11/29/2001 (Entered: 09/06/2001) |
| 09/21/2001 | 7 | RESPONSE by DOUGLAS NYHUIS to [6-1] order to Show Cause for his failure to make payment of the required filing fee as ordered prosecute. (mad) Modified on 11/29/2001 (Entered: 09/21/2001) |
| 09/21/2001 | 8 | AUTHORIZATION by DOUGLAS NYHUIS permitting withdraw of prison account funds to pay filing fee. (mad) (Entered: 09/21/2001) |
| 11/02/2001 | | AUTHORIZATION FORM sent to FCI Loretto (lrw) (Entered: 11/02/2001) |
| 11/13/2001 | 9 | COPY OF SIGNED AUTHORIZATION FORM received from FCI Loretto. (mad) Modified on 11/29/2001 (Entered: 11/13/2001) |
| 11/29/2001 | | INITIAL FILING PAYMENT of filing fee by DOUGLAS NYHUIS |

| | | |
|---|---|---|
| | | Amount $ 91.88 Receipt # 02-119 (mad) (Entered: 11/29/2001) |
| 12/20/2001 | | PARTIAL PAY of filing fee by DOUGLAS NYHUIS Amount $ 23.32 Receipt # 02-160 (mad) (Entered: 12/26/2001) |
| 01/16/2002 | | FINAL PAY of filing fee by DOUGLAS NYHUIS Amount $ 34.80 Receipt # 02-218 (mad) (Entered: 01/16/2002) |
| 01/16/2002 | 10 | ORDER, that the U.S. Marshal is directed to mail a copy of the complaint, summons and this order to each deft as directed by pltf. Costs shall be advanced by the U.S. Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 1/15/02 ) CM all parties of record. (mad) Modified on 09/13/2002 (Entered: 01/16/2002) |
| 05/02/2002 | 11 | RETURN OF SERVICE executed as to USA, John Ashcroft, Attorney General 3/9/02 (mad) Modified on 05/13/2002 (Entered: 05/06/2002) |
| 05/02/2002 | 12 | RETURN OF SERVICE executed as to USA Mary Beth Buchanan, US Attorney 4/22/02 (mad) (Entered: 05/06/2002) |
| 06/14/2002 | 13 | MOTION by USA to Extend Time to file a responsive pleading pursuant to Federal Rule of Civil Procedure 6(b) with Proposed Order. (mad) (Entered: 06/17/2002) |
| 06/19/2002 | | ORDER upon motion granting [13-1] motion to Extend Time to file a responsive pleading pursuant to Federal Rule of Civil Procedure 6(b), set Answer deadline to 7/19/02 for USA ( signed by Magistrate Judge Susan P. Baxter on 6/18/02 ) CM all parties of record. (mad) (Entered: 06/19/2002) |
| 07/10/2002 | 14 | AMENDED COMPLAINT by DOUGLAS NYHUIS (Answer due 7/24/02 for USA ) amending [3-1] complaint (mad) Modified on 07/12/2002 (Entered: 07/12/2002) |
| 07/11/2002 | 15 | MOTION by USA to Extend Time to file a responsive pleading to amended complaint with Proposed Order. (mad) Modified on 07/12/2002 (Entered: 07/12/2002) |
| 07/12/2002 | | ORDER upon motion granting [15-1] motion to Extend Time to file a responsive pleading to amended complaint, set Answer deadline to 8/8/02 for USA ( signed by Magistrate Judge Susan P. Baxter on 7/12/02 ) CM all parties of record. (mad) Modified on 07/12/2002 (Entered: 07/12/2002) |
| 08/02/2002 | 16 | MOTION by USA to Dismiss , or, in the alternative for Summary Judgment with Proposed Order. (Attorney: Laura Schleich Irwin) (mad) (Entered: 08/05/2002) |
| 08/02/2002 | 17 | BRIEF by USA in support of [16-1] motion to Dismiss by USA, [16-2] motion for Summary Judgment by USA (mad) (Entered: 08/05/2002) |
| 08/22/2002 | 18 | MOTION by DOUGLAS NYHUIS to Extend Time to file responsive pleadings with Proposed Order. (mad) (Entered: 08/23/2002) |

| 08/22/2002 | 19 | RESPONSE by USA to [18-1] motion to Extend Time to file responsive pleadings by DOUGLAS NYHUIS (mad) (Entered: 08/23/2002) |
| 09/10/2002 | | ORDER upon motion granting [18-1] motion to Extend Time to file responsive pleadings, Response to Motion set to 10/15/02 for [16-1] motion to Dismiss, set to 10/15/02 for [16-2] motion for Summary Judgment ( signed by Magistrate Judge Susan P. Baxter on 9/9/02 ) CM all parties of record. (mad) (Entered: 09/10/2002) |
| 10/17/2002 | 20 | MOTION by DOUGLAS NYHUIS for Leave to File amended complaint with Proposed Order. (mad) (Entered: 10/17/2002) |
| 10/17/2002 | 21 | BRIEF by DOUGLAS NYHUIS in opposition to [16-1] motion to Dismiss by USA (mad) (Entered: 10/17/2002) |
| 10/23/2002 | 22 | MOTION by USA to Extend Time to file a responsive pleading to third amended complaint with Proposed Order. (nk) (Entered: 10/24/2002) |
| 10/30/2002 | 23 | RESPONSE by DOUGLAS NYHUIS to [22-1] motion to Extend Time to file a responsive pleading to third amended complaint by USA (nk) (Entered: 10/30/2002) |
| 11/08/2002 | 24 | PARTIAL MOTION by USA to Dismiss Third Amended Complaint , for Summary Judgment with Proposed Order. (nk) (Entered: 11/08/2002) |
| 11/08/2002 | 25 | BRIEF by USA in support of [24-1] motion to Dismiss Third Amended Complaint by USA (nk) (Entered: 11/08/2002) |
| 11/25/2002 | 26 | MOTION by DOUGLAS NYHUIS to Extend Time to file an answer to Defendant's Third Partial Motion to Dismiss, or in the Alternative, for partial summary judgment with Proposed Order. (nk) (Entered: 11/25/2002) |
| 12/23/2002 | 27 | BRIEF by DOUGLAS NYHUIS in opposition to [24-1] motion to Dismiss Third Amended Complaint by USA, [24-2] motion for Summary Judgment by USA (nk) (Entered: 12/23/2002) |
| 01/13/2003 | 28 | REPORT AND RECOMMENDATION of Magistrate Judge Susan P. Baxter signed on 1/13/03 Recommending that granting in part, denying in part [24-1] motion to Dismiss Third Amended Complaint, granting in part, denying in part [24-2] motion for Summary Judgment, [16-1] motion to Dismiss be granted, [16-2] motion for Summary Judgment be granted ; The parties have 10 days from the date of service to file objections to this Report and Recommendation. (mad) (Entered: 01/14/2003) |
| 01/13/2003 | 29 | ORDER dismissing as moot [26-1] motion to Extend Time to file an answer to Defendant's Third Partial Motion to Dismiss, or in the Alternative, for partial summary judgment, dismissing as moot [22-1] motion to Extend Time to file a responsive pleading to third amended complaint, granting in part, denying in part [20-1] motion for Leave to File amended complaint ( signed by Magistrate Judge Susan P. Baxter on 1/13/03 ) CM all parties of record. (mad) (Entered: 01/14/2003) |

| 01/27/2003 | 30 | MOTION by DOUGLAS NYHUIS to Stay order directing pltf to file second amended complaint within 20 days with Proposed Order. (mad) (Entered: 01/27/2003) |
|---|---|---|
| 01/29/2003 | 31 | RESPONSE by USA to [30-1] motion to Stay order directing pltf to file second amended complaint within 20 days by DOUGLAS NYHUIS (mad) (Entered: 01/30/2003) |
| 02/05/2003 | 32 | OBJECTION by DOUGLAS NYHUIS to [28-1] report and recommendations (mad) (Entered: 02/05/2003) |
| 02/05/2003 | 33 | SECOND AMENDED COMPLAINT by DOUGLAS NYHUIS (Answer due 2/19/03 for USA ) amending [14-1] amended complaint by DOUGLAS NYHUIS (mad) (Entered: 02/05/2003) |
| 02/05/2003 | 34 | MOTION by DOUGLAS NYHUIS to hold SECOND AMENDED COMPLAINT in abeyance with Proposed Order. (mad) (Entered: 02/05/2003) |
| 02/25/2003 | | ORDER upon motion granting [30-1] motion to Stay order directing pltf to file second amended complaint within 20 days ( signed by Magistrate Judge Susan P. Baxter on 2/21/03 ) CM all parties of record. (nk) (Entered: 02/25/2003) |
| 03/04/2003 | 35 | ORDER granting [16-1] motion to Dismiss, granting [16-2] motion for Summary Judgment, and counts I, III, IV, and V are DISMISSED, and counts II and VI survive; granting in part, denying in part [24-1] motion to Dismiss Third Amended Complaint, granting in part, denying in part [24-2] motion for Summary Judgment, in that counts II, III and IV be dismissed ant counts I and V will survive, as the pltf has filed a Second amended Complaint in accordance with the Order entered as to his Motion for Leave to Amend (Doc. #20) adopting [28-1] report and recommendations ( signed by Judge Sean J. McLaughlin on 3/4/03 ) CM all parties of record. (mad) Modified on 03/24/2003 (Entered: 03/04/2003) |
| 03/19/2003 | 38 | RESPONSE by USA to [37-1] motion for Reconsideration of [35-1] order adopting [28-1] report and recommendations by DOUGLAS NYHUIS (mad) (Entered: 03/20/2003) |
| 03/20/2003 | 36 | MOTION by DOUGLAS NYHUIS for Appointment of Counsel with Proposed Order. (mad) (Entered: 03/20/2003) |
| 03/20/2003 | 37 | MOTION by DOUGLAS NYHUIS for Reconsideration of [35-1] order adopting [28-1] report and recommendations with Proposed Order. (mad) (Entered: 03/20/2003) |
| 03/27/2003 | 39 | ORDER granting [37-1] motion for Reconsideration of [35-1] order adopting [28-1] report and recommendations and Count IV of pltf's AMENDED COMPLAINT is reinstated as timely brought. Counts I, IV and V shall proceed to trial. ( signed by Judge Sean J. McLaughlin on 3/27/03 ) CM all parties of record. (mad) (Entered: 03/27/2003) |
| 04/11/2003 | 40 | MOTION by USA for Clarification of Complaint with Proposed Order. |

| | | |
|---|---|---|
| | | (mad) (Entered: 04/14/2003) |
| 04/21/2003 | 41 | MOTION by DOUGLAS NYHUIS for judgment , or, in the alternative, for leave to file interlocutory appeal with Proposed Order. (mad) Modified on 07/22/2004 (Entered: 04/21/2003) |
| 04/21/2003 | 42 | MOTION by DOUGLAS NYHUIS to Extend Time to file application for appeal under 28:1292 with Proposed Order. (mad) (Entered: 04/21/2003) |
| 05/05/2003 | 43 | NOTICE OF APPEAL by DOUGLAS NYHUIS from [39-1] order dated 3/27/03 TPO issued. (mad) (Entered: 05/05/2003) |
| 05/05/2003 | | Certified copy of Notice of Appeal [43-1] appeal by DOUGLAS NYHUIS , certified copy of docket, certified copy of order dated 3/27/03 mailed to USCA; copy of Notice of Appeal and information sheet to DOUGLAS NYHUIS , court reporter(s), and judge. Copy of information sheet to appellant. (mad) (Entered: 05/05/2003) |
| 05/05/2003 | | Record complete for Appeal purposes, certified copy of docket entries forwarded to USCA. (mad) (Entered: 05/05/2003) |
| 05/05/2003 | | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [43-1] appeal by DOUGLAS NYHUIS (mad) (Entered: 05/05/2003) |
| 05/13/2003 | | ORDER upon motion granting [40-1] motion for Clarification of Complaint and that pltf is ordered to file a complaint that incorporates into Docket No. 33 the count reinstated by Judge McLaughlin (and nothing More). Deft shall have 15 days from receipt of service of this Complaint to file a responsive pleading. ( signed by Magistrate Judge Susan P. Baxter on 5/12/03 ) CM all parties of record. (mad) (Entered: 05/13/2003) |
| 05/19/2003 | | NOTICE of Docketing ROA from USCA Re: [43-1] appeal by DOUGLAS NYHUIS USCA Number: 03-2417 (mad) (Entered: 05/19/2003) |
| 06/02/2003 | 44 | MOTION by DOUGLAS NYHUIS to Amend [w/40] order with Proposed Order. (mad) (Entered: 06/02/2003) |
| 06/02/2003 | 45 | THIRD AMENDED COMPLAINT by DOUGLAS NYHUIS (Answer due 6/16/03 for USA ) amending [33-1] amended complaint by DOUGLAS NYHUIS (mad) (Entered: 06/02/2003) |
| 06/09/2003 | 46 | ORDER dismissing as moot [34-1] motion to hold SECOND AMENDED COMPLAINT in abeyance, Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 6/9/03 ) CM all parties of record. (mad) Modified on 06/10/2003 (Entered: 06/10/2003) |
| 06/16/2003 | 47 | ANSWER by USA (Attorney Laura Schleich Irwin ) to second amended complaint (mad) Modified on 06/17/2003 (Entered: 06/17/2003) |
| 06/24/2003 | | ORDER upon motion dismissing as moot [44-1] motion to Amend [w/40] order ( signed by Magistrate Judge Susan P. Baxter on 6/24/03 ) |

| | | CM all parties of record. (mad) (Entered: 06/24/2003) |
|---|---|---|
| 07/09/2003 | 48 | MOTION by DOUGLAS NYHUIS to Stay proceedings with Proposed Order. (mad) (Entered: 07/09/2003) |
| 07/11/2003 | 49 | RESPONSE by USA to [48-1] motion to Stay proceedings by DOUGLAS NYHUIS (mad) (Entered: 07/11/2003) |
| 07/14/2003 | | ORDER upon motion denying [48-1] motion to Stay proceedings ( signed by Magistrate Judge Susan P. Baxter on 7/14/03 ) CM all parties of record. (mad) (Entered: 07/14/2003) |
| 07/17/2003 | 50 | Certified copy of JUDGMENT issued in lieu of a formal mandate received from USCA re: [43-1] appeal by DOUGLAS NYHUIS that the case is dismissed for failure to timely prosecute. (mad) (Entered: 07/17/2003) |
| 07/17/2003 | | Record on Appeal returned from U.S. Court of Appeals: [0-0] appeal, [43-1] appeal (mad) (Entered: 07/17/2003) |
| 07/29/2003 | 51 | MOTION by DOUGLAS NYHUIS for Reconsideration of [48-1] order with Proposed Order. (mad) Modified on 07/29/2003 (Entered: 07/29/2003) |
| 07/31/2003 | 52 | MOTION by USA for Leave to File Response to pltf's motion for appointment of counsel with Proposed Order. (mad) (Entered: 08/01/2003) |
| 08/13/2003 | 53 | REPLY by DOUGLAS NYHUIS to Deft's Response in Opposition to Appointment of Counsel (mad) (Entered: 08/13/2003) |
| 08/13/2003 | 54 | Hearing on Motion held 8/13/03 @ 10:00 a.m. before Baxter, M.J. [ Reporter: Janis Ferguson] Discovery sent out by Pltf & Deft by 10/1/03 w/depositions to be scheduled as late as 11/17/03. Pretrial Statement for Pltf- Friday, 12/19/03; Pretrial Statement for Deft - Friday 1/16/04. (mad) (Entered: 08/13/2003) |
| 08/13/2003 | 56 | NOTICE Opting Out of Arbitration by USA (mad) (Entered: 08/14/2003) |
| 08/14/2003 | 55 | RESPONSE by USA to [51-1] motion for Reconsideration of [48-1] order by DOUGLAS NYHUIS (mad) (Entered: 08/14/2003) |
| 08/18/2003 | | ORDER upon motion granting [52-1] motion for Leave to File Response to pltf's motion for appointment of counsel ( signed by Magistrate Judge Susan P. Baxter on 8/15/03 ) CM all parties of record. (mad) (Entered: 08/18/2003) |
| 08/18/2003 | 57 | ORDER denying [42-1] motion to Extend Time to file application for appeal under 28:1292, denying [41-1] motion for judgment ( signed by Judge Sean J. McLaughlin on 8/18/03 ) CM all parties of record. (mad) (Entered: 08/18/2003) |
| 08/18/2003 | 58 | RESPONSE by USA to [36-1] motion for Appointment of Counsel by DOUGLAS NYHUIS (mad) (Entered: 08/18/2003) |

| 08/19/2003 | 59 | MOTION by USA for Leave to Depose Plaintiff with Proposed Order. (nk) (Entered: 08/20/2003) |
|---|---|---|
| 09/03/2003 | | ORDER upon motion granting [59-1] motion for Leave to Depose Plaintiff ( signed by Magistrate Judge Susan P. Baxter on 9/3/03 ) CM all parties of record. (mad) (Entered: 09/04/2003) |
| 09/05/2003 | 60 | MOTION by DOUGLAS NYHUIS to Alter or Amend [57-1] order with Proposed Order. (mad) (Entered: 09/05/2003) |
| 09/09/2003 | 61 | MEMORANDUM ORDER denying [60-1] motion to Alter or Amend [57-1] order ( signed by Judge Sean J. McLaughlin on 9/9/03 ) CM all parties of record. (mad) (Entered: 09/10/2003) |
| 09/22/2003 | 62 | MOTION by DOUGLAS NYHUIS to Extend Time within which to complete discovery and to enlarge time to file objections or to answer interrogatories and respond to request for production of documents with Proposed Order. (mad) Modified on 07/22/2004 (Entered: 09/23/2003) |
| 09/24/2003 | 63 | RESPONSE by USA to [62-1] motion to Extend Time within which to complete discovery and to enlarge time to file objections or to answer interrogatories and respond torequest for production of documents by DOUGLAS NYHUIS (mad) (Entered: 09/25/2003) |
| 09/26/2003 | | ORDER upon motion granting [62-1] motion to Extend Time within which to complete discovery and to enlarge time to file objections or to answer interrogatories and respond torequest for production of documents, Reset Discovery deadline to 10/14/03 , Reset deadline to respond to Defendant's written discovery requests to 11/14/03 , Reset Plaintiffs Pretrial Statements deadline for 1/2/04 , REset Plaintiffs Pretrial Statements deadline for 1/30/04 ( signed by Judge Sean J. McLaughlin on 9/26/03 ) CM all parties of record. (nk) (Entered: 10/01/2003) |
| 11/17/2003 | 64 | MOTION by USA to Extend Time for discovery with Proposed Order. (sdp) (Entered: 11/21/2003) |
| 11/25/2003 | | ORDER upon motion granting [64-1] motion to Extend Time for discovery, set Discovery deadline to 12/6/03 ( signed by Magistrate Judge Susan P. Baxter on 11/25/03 ) CM all parties of record. (mad) (Entered: 12/03/2003) |
| 12/08/2003 | 65 | ORDER dismissing [51-1] motion for Reconsideration of [48-1] order, Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 12/4/03 ) CM all parties of record. (mad) (Entered: 12/10/2003) |
| 12/29/2003 | 66 | ORDER denying [36-1] motion for Appointment of Counsel, adopting [28-1] report and recommendations ( signed by Magistrate Judge Susan P. Baxter on 12/29/03 ) CM all parties of record. (mad) (Entered: 12/29/2003) |
| 01/07/2004 | 67 | MOTION by DOUGLAS NYHUIS to Extend Time To File Pre-trial Statement with Proposed Order. (nk) (Entered: 01/07/2004) |

| 01/12/2004 | | ORDER upon motion granting [67-1] motion to Extend Time To File Pre-trial Statement, Pretrial Order Deadlines: Pretrial Statements for Defendants due 2/20/04 ; ( signed by Magistrate Judge Susan P. Baxter on 1/12/04 ) CM all parties of record. (mad) (Entered: 01/13/2004) |
| 02/18/2004 | | Mailed record to USCA per request from Chiquita Dyer w/USCA 2/18/04 (mad) (Entered: 02/18/2004) |
| 02/18/2004 | 68 | PRETRIAL STATEMENT by DOUGLAS NYHUIS (mad) (Entered: 02/18/2004) |
| 03/22/2004 | 69 | MOTION by USA for Summary Judgment with Proposed Order. (mad) (Entered: 03/23/2004) |
| 03/22/2004 | 70 | BRIEF by USA in support of [69-1] motion for Summary Judgment by USA (mad) (Entered: 03/23/2004) |
| 03/23/2004 | 71 | MOTION by USA to Stay filing of deft's pretrial statement pending disposition of deft's motion for summary judgment with Proposed Order. (mad) (Entered: 03/25/2004) |
| 04/02/2004 | | ORDER upon motion granting [71-1] motion to Stay filing of deft's pretrial statement pending disposition of deft's motion for summary judgment ( signed by Magistrate Judge Susan P. Baxter on 4/1/04 ) CM all parties of record. (mad) (Entered: 04/02/2004) |
| 04/05/2004 | 72 | RESPONSE/BRIEF by DOUGLAS NYHUIS in opposition to [71-1] motion to Stay filing of deft's pretrial statement pending disposition of deft's motion for summary judgment by USA (nk) (Entered: 04/05/2004) |
| 04/05/2004 | 73 | MOTION by DOUGLAS NYHUIS to Extend Time with Proposed Order. (nk) (Entered: 04/05/2004) |
| 04/29/2004 | | ORDER upon motion granting [73-1] motion to Extend Time, Response to Motion set to 5/14/04 for [69-1] motion for Summary Judgment ( signed by Magistrate Judge Susan P. Baxter on 4/28/04 ) CM all parties of record. (mad) (Entered: 04/29/2004) |
| 05/13/2004 | 74 | RESPONSE by DOUGLAS NYHUIS to [69-1] motion for Summary Judgment by USA (nk) (Entered: 05/14/2004) |
| 05/14/2004 | 75 | MOTION by USA to Extend Time to file a reply to pltf's response to deft's motion for summary judgment with Proposed Order. (mad) (Entered: 05/17/2004) |
| 06/02/2004 | | ORDER upon motion granting [75-1] motion to Extend Time to file a reply to pltf's response to deft's motion for summary judgment, Response to Motion set to 6/9/04 for [69-1] motion for Summary Judgment ( signed by Magistrate Judge Susan P. Baxter on 6/1/04 ) CM all parties of record. (nk) (Entered: 06/02/2004) |
| 06/03/2004 | 76 | CERTIFIED COPY OF ORDER dated 5/21/04 from U.S. Court of Appeals for the Third Circuit directing that appellant's motion to reopen this appeal and motion to proceed in forma pauperis are granted. |

| | | Appellee's motion for summary action is granted, and the appeal is dismissed for lack of appellate jurisdiction. This court has jurisdiction of appeals from final decisions of the district courts. In general a judgment is not final for purposes of appeal until the district court has disposed of all claims against all parties. Although appellant argues that the order he appeals is reviewable under the collateral order doctrine, an order dismissing claims against a deft on the bais of immunity where other claims remain pending in the district court does not satisfy the collateral order doctrine because the decision is effectively reviewable on appeal from the final judgment. (mad) Modified on 07/22/2004 (Entered: 06/03/2004) |
|---|---|---|
| 06/09/2004 | 77 | REPLY IN SUPPORT by USA to [69-1] motion for Summary Judgment by USA (mad) Modified on 07/22/2004 (Entered: 06/14/2004) |
| 06/21/2004 | 78 | MOTION by DOUGLAS NYHUIS for Leave to File to file surreply to deft's Reply in support of Motion for Summary Judgment with Proposed Order. (mad) (Entered: 06/22/2004) |
| 07/09/2004 | 79 | SURREPLY in Rebuttal to reply in support of deft's motion for summary judgment by DOUGLAS NYHUIS to (mad) (Entered: 07/09/2004) |
| 07/22/2004 | 80 | REPORT AND RECOMMENDATION of Magistrate Judge Susan P. Baxter signed on 7/22/04 Recommending that counsel be appointed for pltf. ; The parties have 10 days from the date of service to file objections to this Report and Recommendation. (mad) (Entered: 07/22/2004) |
| 07/22/2004 | 81 | ORDER dismissing without prejudice, [69-1] motion for Summary Judgment, because counsel has been appointed and pltf should be given the opportunity to obtain a medical expert. Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 7/22/04 ) CM all parties of record. (mad) (Entered: 07/22/2004) |
| 07/22/2004 | 82 | ORDER, that the Clerk of Courts is directed to provide copies of all documents contained in the above- captioned case files to Pltf's court-appointed attorney, Alan J. Natalie, Esq. within 20 days of the day of this Order. All coping costs to be borne by the U.S. Parties have 10 days to file Appeal to District Judge. ( signed by Magistrate Judge Susan P. Baxter on 7/22/04 ) CM all parties of record.(mad) Modified on 07/22/2004 (Entered: 07/22/2004) |
| 07/22/2004 | | Document # 70 was copied and Frank Fogl, Esq. took it to Alan J. Natalie, Esq. Office on 7/22/04 (mad) (Entered: 07/22/2004) |
| 07/23/2004 | 83 | MOTION by DOUGLAS NYHUIS to Strike deft's Expert Reports , or in the alternative to Compel disclosure or discovery with Proposed Order. (mad) (Entered: 07/23/2004) |
| 07/27/2004 | | Record on Appeal returned from U.S. Court of Appeals: [43-1] appeal (nk) (Entered: 07/27/2004) |
| 07/28/2004 | 84 | MOTION TO RECONSIDER AND OBJECTION by USA to [80-1] report and recommendations (nk) (Entered: 07/29/2004) |

| | | |
|---|---|---|
| 07/30/2004 | 85 | ORDER, adopting [80-1] report and recommendations ( signed by Judge Sean J. McLaughlin on 7/30/04 ) CM all parties of record. (nk) (Entered: 07/30/2004) |
| 08/09/2004 | 86 | ORDER, the deft file a Response to Motion set to 8/25/04 for [83-1] motion to Strike deft's Expert Reports, set to 8/25/04 for [83-2] motion to Compel disclosure or discovery ( signed by Judge Sean J. McLaughlin on 8/9/04 ) CM all parties of record. (mad) (Entered: 08/09/2004) |
| 08/13/2004 | 87 | Status Conference held 8/13/04 before Judge Sean J. McLaughlin [ Reporter: Ron Bench ] Oral renewed Motion for summary Judgment by the Deft U.S. under advisement. Motion to strike deft's Report (Doc 83) is denied. When Plaintiff's Expert Report is received, counsel will advise the court in writing. (mad) (Entered: 08/13/2004) |
| 08/23/2004 | 88 | MOTION by DOUGLAS NYHUIS for Appointment of Counsel with Proposed Order. (mad) (Entered: 08/23/2004) |
| 08/23/2004 | 89 | MOTION by DOUGLAS NYHUIS to Strike privileged information from the record. with Proposed Order. (mad) (Entered: 08/23/2004) |
| 08/25/2004 | 90 | MOTION by DOUGLAS NYHUIS for Alan J. Natalie to Withdraw as Attorney , and for reimbursement of expenses with Proposed Order. (mad) (Entered: 08/25/2004) |
| 08/25/2004 | 91 | UNDER SEAL - BRIEF by DOUGLAS NYHUIS regarding Expert Review(mad) Modified on 09/27/2004 (Entered: 08/25/2004) |
| 08/30/2004 | 92 | ORDER REFERRING CASE BACK to Judge Sean J. McLaughlin . ( signed by Magistrate Judge Susan P. Baxter on 8/30/04 ) CM all parties of record. (mad) (Entered: 08/31/2004) |
| 09/02/2004 | 93 | MOTION by DOUGLAS NYHUIS to Strike [91-1] reply brief by DOUGLAS NYHUIS with Proposed Order. (mad) (Entered: 09/02/2004) |
| 09/08/2004 | 94 | RESPONSE by DOUGLAS NYHUIS to [90-1] motion for Alan J. Natalie to Withdraw as Attorney by DOUGLAS NYHUIS (mad) (Entered: 09/09/2004) |
| 09/24/2004 | 95 | Hearing on Motion held re: [89-1] motion to Strike privileged information from the record is DENIED but Doc. 91 is to be SEALED. by DOUGLAS NYHUIS, [88-1] motion for Appointment of Counsel by DOUGLAS NYHUIS is DENIED, but opportunity to obtain an expert GRANTED for a period of 60 days, [93-1] motion to Strike [91-1] reply brief by DOUGLAS NYHUIS by DOUGLAS NYHUIS is DENIED, [90-1] motion for Alan J. Natalie to Withdraw as Attorney by DOUGLAS NYHUIS is GRANTED [ Reporter: Sondra Black] (sdp) (Entered: 09/27/2004) |
| 09/27/2004 | | ORDER upon motion granting [90-1] motion for Alan J. Natalie to Withdraw as Attorney (Terminated attorney Alan J. Natalie for DOUGLAS NYHUIS, granting [90-2] motion for reimbursement of expenses. The Clerk is to reimburse Alan J. Natalie the sum of $1,047.06, representing out of pocket expenses incurred by Attorney Natalie as |

| | | counsel appointed by the Court. Payment to be disbursed from the Pro Hac Vice Fund. ( signed by Judge Sean J. McLaughlin on 9/27/04 ) CM all parties of record. (sdp) Modified on 11/23/2004 (Entered: 09/27/2004) |
|---|---|---|
| 10/13/2004 | 96 | NOTICE of WITHDRAWAL AS COUNSEL for DOUGLAS NYHUIS by Alan Natalie, Esq. (mad) (Entered: 10/13/2004) |
| 11/17/2004 | 97 | MOTION by DOUGLAS NYHUIS to Extend Time to obtain and file expert medical report with Proposed Order. (mad) (Entered: 11/18/2004) |
| 11/22/2004 | 98 | TRANSCRIPT of Hearing for date of 9/24/04 before McLaughlin, J. Court Reporter: Sondra A. Black. (mad) (Entered: 11/22/2004) |
| 11/23/2004 | 99 | RESPONSE by USA in opposition to [97-1] motion to Extend Time to obtain and file expert medical report by DOUGLAS NYHUIS (sdp) (Entered: 11/24/2004) |
| 11/23/2004 | 100 | SECOND RENEWED MOTION by USA for Summary Judgment with Proposed Order. (sdp) (Entered: 11/24/2004) |
| 12/08/2004 | 101 | RESPONSE by DOUGLAS NYHUIS in opposition to [100-1] motion for Summary Judgment by USA (mad) (Entered: 12/08/2004) |
| 12/13/2004 | 102 | TRANSCRIPT STATUS CONFERENCE for date of 8/13/04 before McLaughlin, J.. Court Reporter: Ronald J. Bench. (mad) Modified on 12/13/2004 (Entered: 12/13/2004) |
| 12/13/2004 | 103 | Hearing on Motion held 12/12/04 before McLaughlin, J. re: [100-1] GRANTED FOR REASONS SET FORTH ON THE RECORD--- motion for Summary Judgment by USA, [97-1] DENIED--- motion to Extend Time to obtain and file expert medical report by DOUGLAS NYHUIS [ Reporter: Ron Bench] (mad) (Entered: 12/13/2004) |
| 12/14/2004 | 104 | ORDER granting [100-1] motion for Summary Judgment, judgment is entered in favor of the deft, UNITED STATES OF AMERICA and against the pltf, Douglas Nyhuis ( signed by Judge Sean J. McLaughlin on 12/14/04 ) CM all parties of record. (mad) (Entered: 12/14/2004) |
| 12/14/2004 | | Case closed (mad) (Entered: 12/14/2004) |
| 12/22/2004 | 105 | JUDGMENT for USA against DOUGLAS NYHUIS. The Court grants def's renewed motion for summary judgment and judgment is entered in favor of the defendant and against the pltf for reasons set forth on the record 12-13-04. ( signed by Judge Sean J. McLaughlin on 12/22/04 ) CM all parties of record. (sdp) (Entered: 12/22/2004) |
| 12/29/2004 | 106 | TRANSCRIPT of HEAING ON PRETRIAL MOTIONS for date of 12/13/04 before McLaughlin, J. Court Reporter: Ronald Bench. (mad) (Entered: 12/29/2004) |
| 01/03/2005 | 107 | MOTION by DOUGLAS NYHUIS to alter or Amend [104-1] order judgment is entered in favor of the deft, UNITED STATES OF AMERICA and against the pltf, Douglas Nyhuis with Proposed Order. (sdp) (Entered: 01/03/2005) |

| 01/06/2005 | 108 | MOTION by DOUGLAS NYHUIS to Compel appointed counsel to release case file (sdp) (Entered: 01/06/2005) |
| 01/07/2005 | 109 | ORDER, Brief in Opposition set to 1/21/05 for [108-1] motion to Compel appointed counsel to release case file ( signed by Judge Sean J. McLaughlin on 1/7/05 ) CM all parties of record. (sdp) (Entered: 01/07/2005) |
| 01/19/2005 | 110 | ORDER, that the deft file a Response to Motion set to 2/8/05 for [107-1] motion to alter or Amend [104-1] order judgment is entered in favor of the deft, UNITED STATES OF AMERICA and against the pltf, Douglas Nyhuis ( signed by Judge Sean J. McLaughlin on 1/19/05 ) CM all parties of record. (mad) (Entered: 01/19/2005) |
| 01/21/2005 | 111 | RESPONSE by DOUGLAS NYHUIS to [108-1] motion to Compel appointed counsel to release case file by DOUGLAS NYHUIS counsel Alan Natalie, Esq. (mad) (Entered: 01/21/2005) |
| 01/21/2005 | 112 | RESPONSE by USA in opposition to [107-1] motion to alter or Amend [104-1] order judgment is entered in favor of the deft, UNITED STATES OF AMERICA and against the pltf, Douglas Nyhuis by DOUGLAS NYHUIS (sdp) (Entered: 01/24/2005) |
| 01/26/2005 | 113 | ORDER denying [108-1] motion to Compel appointed counsel to release case file ( signed by Judge Sean J. McLaughlin on 1/26/05 ) CM all parties of record. (sdp) (Entered: 01/27/2005) |
| 01/31/2005 | 114 | RESPONSE by DOUGLAS NYHUIS to [112-1] opposition response by USA (sdp) (Entered: 01/31/2005) |
| 03/29/2005 | 115 | ORDER denying [107-1] motion to alter or Amend [104-1] order judgment is entered in favor of the deft, UNITED STATES OF AMERICA and against the pltf, Douglas Nyhuis ( signed by Judge Sean J. McLaughlin on 3/29/05 ) CM all parties of record. (sealed) (Entered: 03/29/2005) |
| 06/01/2005 | 116 | NOTICE OF APPEAL by DOUGLAS NYHUIS from [115-1] order dated 3/29/05 TPO issued. (mad) (Entered: 06/01/2005) |
| 06/01/2005 | | Certified copy of Notice of Appeal [116-1] appeal by DOUGLAS NYHUIS , certified copy of docket, certified copy of order dated 3/29/05 mailed to USCA; copy of Notice of Appeal and information sheet to DOUGLAS NYHUIS , court reporter(s), and judge. Copy of information sheet to appellant. (mad) (Entered: 06/01/2005) |
| 06/01/2005 | | Record complete for Appeal purposes, certified copy of docket entries forwarded to USCA. (mad) (Entered: 06/01/2005) |
| 06/01/2005 | | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [116-1] appeal by DOUGLAS NYHUIS (mad) (Entered: 06/01/2005) |
| 06/15/2005 | | NOTICE of Docketing ROA from USCA Re: [116-1] appeal by DOUGLAS NYHUIS USCA Number: 05-2859 (mad) (Entered: 06/15/2005) |

| 07/14/2005 | 117 | NOTICE of Appearance by Christy C. Wiegand on behalf of UNITED STATES OF AMERICA (Wiegand, Christy) (Entered: 07/14/2005) |
|---|---|---|
| 07/14/2005 | 118 | ORDER of USCA as to [116] Notice of Appeal filed by DOUGLAS NYHUIS, (pr3, ) (Entered: 07/14/2005) |
| 07/14/2005 | 119 | ORDER of USCA as to [116] Notice of Appeal filed by DOUGLAS NYHUIS, (pr3, ) (Entered: 07/14/2005) |
| 09/06/2005 | 120 | APPEAL Partial Payment of Filing Fee by DOUGLAS NYHUIS. Fee $ 100.92, receipt number 05-511 (sdp) Modified on 9/8/2005 (sdp). CHECK RETURNED-MADE PAYABLE TO ROBERT V. BARTH,JR. PAYMENT NOT APPLICABLE. (Entered: 09/06/2005) |
| 11/04/2005 | 121 | JUDGMENT OF USCA (certified copy) as to [116] Notice of Appeal filed by DOUGLAS NYHUIS, (pr3, ) (Entered: 11/04/2005) |
| 11/04/2005 | 122 | JUDGMENT OF USCA (certified copy) as to [116] Notice of Appeal filed by DOUGLAS NYHUIS, (pr3, ) (Entered: 11/07/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/22/2005 15:52:32 | | |
| **PACER Login:** ux1077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:00-cv-00232-SJM |
| **Billable Pages:** 8 | **Cost:** | 0.64 |