Ernesto Santiago
      v.
    U.S.A

CA No: 04-335 E
CUSMJ: Susan Paradise Baxter

## Notice To The Court

Comes Now Ernesto Santiago informs This Court That he is in Transit To another Federal Correctional Institute and Cannot Litigate his Case until plaintiff has reached his New facility. Plaintiff has Been Told he will Be at USP Lewisburg until january 3, 2006 at which Time Transit Returns To Normal. Plaintiff will upon arrival inform your honor and Defendant of his New Location. Plaintiff Would Like your honor To Know he was awoken on The Morning of December 16, 2005 and Told To "Pack up", he has No Legal Papers with him as Inmates are Not allowed To Travel with Them. All Legal Material and plaintiff's Property is Still at F.C.I. McKean.

Respectfully Submitted Pro Se
Ernesto Santiago
12-25-05

CA No: 04-335E

### Certificate of Service

On December 25th, 2005 I Mailed Via first Class Pre-Paid The Original and Copy of: <u>Notice To The Court</u> To The Following:

Clerk of Court
P.O. Box 1820
Erie, PA 16507

Paul E Skirtich
U.S. Post office and Courthouse
240 Grant St Suite 400
Pittsburgh, PA 15219

Respectfully, Pro-Se
Ernesto Santiago
12-25-05

CA No: 04-335 E

Dear Clerk,                                                    12-25-05

Please find and file the Enclose: <u>Notice to The Court</u>.

Please be advised that my previous address at [FCI McKean, P.O Box 8000 Bradford, PA 16701] is No Longer where I am at as I am in Transit. I will inform the Clerks office of my New address upon arrival of my New facility. Thank you.

Respectfully,
Ernesto Santiago