IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTO SANTIAGO** | ) | C.A. No. 04-335 Erie |
| | ) | (Judge Sean J. McLaughlin/ |
| | ) | Magistrate Judge Susan Baxter) |
| **Plaintiff** | ) | |
| | ) | **ELECTRONICALLY FILED PLEADING** |
| v. | ) | |
| | ) | **PRAECIPE FOR APPEARANCE** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Filed on behalf of:** |
| | ) | **Plaintiff, Ernesto Santiago** |
| **Defendant** | ) | |
| | ) | **Counsel of record for this party:** |
| | ) | **Richard A. Lanzillo, Esq.** |
| | ) | **Knox McLaughlin Gornall** |
| | ) | **& Sennett, P.C.** |
| | ) | **120 West 10th Street** |
| | ) | **Erie, PA  16501** |
| | ) | **Telephone  (814) 459-2800** |
| | ) | **Facsimile (814) 453-4530** |
| | ) | **Email: rlanzill@kmgslaw.com** |
| | ) | **PA53811** |

## PRAECIPE FOR APPEARANCE

TO:   CLERK OF COURT

Enter my appearance on behalf of plaintiff Ernesto Santiago, in the above-captioned action.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By:   ___/s/ Richard A. Lanzillo_____
Richard A. Lanzillo
120 West Tenth Street
Erie, PA  16501-1461
(814)459-2800

Attorneys for plaintiff, Ernesto Santiago

# 651237

Case 1:04-cv-00335-SJM    Document 54    Filed 01/06/2006    Page 2 of 2