IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO SANTIAGO | ) | C.A. No. 04-335 Erie |
| | ) | (Judge Sean J. McLaughlin/ |
| | ) | ~~Magistrate Judge Susan Baxter~~) |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | PROPOSED ORDER |
| | ) | |
| | ) | Filed on behalf of: |
| | ) | Plaintiff, Ernesto Santiago |
| Defendant | ) | |
| | ) | Counsel of record for this party: |
| | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email: rlanzill@kmgslaw.com |
| | ) | PA53811 |

PROPOSED ORDER

AND NOW, this 3rd day of March, 2006, upon consideration of Plaintiff's Motion for Extension to Submit Expert Report, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall submit his expert report or reports on or before April 15, 2006.

BY THE COURT:

_____ J.

# 660409