# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Ernesto Santiago )
_____ )
Plaintiff )
)
vs. ) No. 04-335 E
)
United States of America )
_____ )
Defendant )

HEARING ON _Telephonic Status Conference_

Held on _Friday April 21, 2006_

Before Judge _Sean J. McLaughlin_

Neal Devlin                    Phillip O'Connor
Richard Lanzillo               Paul Skirtich
Appear for Plaintiff           Appear for Defendant

Hearing begun _4-21 @ 10:03 - 10:31_       Hearing adjourned to _____

Hearing concluded C.A.V. _____            Stenographer _Ron Bench_

                                           Clerk _RL Humphrey_

### WITNESSES:

For Plaintiff                              For Defendant

1.) Mtn to Withdraw GRANTED;
2.) π has sixty (60) days to secure an expert.

π - Ernesto Santigo also participated in the conference; Diana Lee from BOP also participated.