

**KNOX McLAUGHLIN GORNALL & SENNETT**

*A Professional Corporation*

120 West Tenth Street
Erie, Pennsylvania 16501-1461
814-459-2800
Fax 814-453-4530
www.kmgslaw.com

RICHARD H. ZAMBOLDI
JACK M. GORNALL
HARRY K. THOMAS
MICHAEL A. FETZNER
JAMES T. MARNEN
MICHAEL J. VISNOSKY
DONALD E. WRIGHT, JR.
RICHARD W. PERHACS
ROBERT G. DWYER
R. PERRIN BAKER
MARK E. MIODUSZEWSKI
CARL N. MOORE
DAVID M. MOSIER
THOMAS A. TUPITZA
GUY C. FUSTINE
RICHARD E. BORDONARO
BRIAN GLOWACKI
JOHN O. DODICK
FRANCIS J. KLEMENSIC
TIMOTHY M. SENNETT
WILLIAM C. WAGNER
PATRICIA K. SMITH
MARK T. WASSELL
RICHARD A. LANZILLO
JOANNA K. BUDDE
PETER A. PENTZ
MARK G. CLAYPOOL
THOMAS C. HOFFMAN II
MARK J. KUHAR
CHRISTOPHER J. SINNOTT
TIMOTHY M. ZIEZIULA
JENNIFER E. GORNALL-ROUCH
MARK A. DENLINGER
JEROME C. WEGLEY
TRACEY D. BOWES
NEAL R. DEVLIN
NADIA A. HAVARD

OF COUNSEL
 WILLIAM C. SENNETT
 EDWIN L. R. McKEAN

Lorie S. Watson, Litigation Paralegal
(814) 459-9886, Ext. 254
lwatson@kmgslaw.com

March 8, 2006

Mr. Guy Saponaro
Saponaro, Inc.
9930 Johnnycake Ridge Road, Suite 2G
Concord, Ohio 44060

RE:  Ernesto Santiago vs. USA
     Expert Review
     Our File No.: 73751.0001

Dear Mr. Saponaro:

Enclosed, please find our firms check #072336, in the amount of Seven Hundred Twenty-Five Dollars ($725.00), representing payment for the review on the above-mentioned case.

Please accept my sincere apologies for mistakenly not enclosing this with the file records that were FedEx'd to you yesterday.

Should you have any questions or concerns, please do not hesitate to contact me at 814-459-9886, Ext. 254.

Very truly yours,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By: *Lorie S. Watson*
Lorie S. Watson, Paralegal to
Richard A. Lanzillo, Esquire

Enclosure (as stated)
# 661339



PLAINTIFF'S EXHIBIT A

**KNOX McLAUGHLIN GORNALL & SENNETT, P.C.**
120 WEST TENTH STREET
ERIE, PA 16501

CITIZENS BANK
3-7615
360

072336

PAY TO THE ORDER OF  SAPONARO, INC.

SEVEN HUNDRED TWENTY-FIVE AND 00/100 DOLLARS

SAPONARO, INC.
6730 JOHNNYCAKE RIDGE ROAD
SUITE 2G
CONCORD, OH 44060

MEMO 73751.01 SANTIAGO/USA; RL

VOID AFTER 6 MONTHS

⑈072336⑈ ⑆036076150⑆ 6100055817⑈