IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO SANTIAGO | ) | C.A. No. 04-335 Erie |
| | ) | (Judge Sean J. McLaughlin) |
| | ) | |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | PLAINTIFF'S MOTION FOR |
| UNITED STATES OF AMERICA | ) | REIMBURSEMENT OF EXPENSES |
| | ) | |
| | ) | Filed on behalf of: |
| | ) | Plaintiff, Ernesto Santiago |
| Defendant | ) | |
| | ) | Counsel of record for this party: |
| | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA  16501 |
| | ) | Telephone  (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email: rlanzill@kmgslaw.com |
| | ) | PA53811 |

**O R D E R**

AND NOW, this _____ day of April, 2006, and upon consideration of Plaintiffs Counsel's Motion for Reimbursement of Expenses relating to expert review.

IT IS HEREBY ORDERED that the Motion is GRANTED, and the payment is to be disbursed from the ***Pro Hac Vice Fund***.

```
                                        _____
                                        Sean J. McLaughlin
                                        United States District Judge
```

# 665416