```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNESTO SANTIAGO,              )
                               )
          Plaintiff,           )    Civil Action No. 04-335E
                               )
     v.                        )    JUDGE McLAUGHLIN
                               )    MAGISTRATE JUDGE BAXTER
UNITED STATES OF AMERICA,      )
                               )    ELECTRONICALLY FILED
          Defendant.           )
                               )
```

## NOTICE TO COURT

AND NOW, comes the Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District, and files the following Notice to Court:

Upon review of the Transcript of Proceedings held before this Court on Friday, April 21, 2006, Defendant avers that no information is set forth which violates Local Rule 5.1.1 (D)(1)-(5) [social security numbers, prisoner identification number, names of minor children, dates of birth, financial account numbers, or home address], and thus, Defendant does not have to and will not file either a "Notice of Intent to Request Redaction" or a "Notice of Intent for Redaction of Personal Data Identifiers."

```
                              Respectfully submitted,

                              MARY BETH BUCHANAN
                              UNITED STATES ATTORNEY


                              s/Paul E. Skirtich
                              PAUL E. SKIRTICH
                              Assistant United States Attorney
                              U.S. Post Office and Courthouse
                              700 Grant Street, Suite 4000
                              Pittsburgh, PA 15219
                              412-894-7418
                              PA ID No. 30440
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice to Court was electronically filed and/or served by first-class mail on this 10th day of May, 2006, to the following:

>Ernesto Santiago
>Plaintiff *Pro Se*
>Reg. No. 90304-038
>United States Penitentiary
>Lee County
>P.O. Box 305
>Jonesville, VA 24263-0305

>s/Paul E. Skirtich
>PAUL E. SKIRTICH
>Assistant U.S. Attorney