IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    Civil Action No. 04-335 Erie<br>) |
| UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>) |

### **O R D E R**

AND NOW, this 19th day of July, 2006, the Plaintiff having failed to produce an expert report as Ordered by the Court in a telephonic status conference held on April 21, 2006

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Document No. 48) be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case closed

                                                        S/Sean J. McLaughlin
                                                        Sean J. McLaughlin
                                                         United States District Judge

cc: all parties of record. nk